1  TERRY ROSS, CASB No. 58171
   terry.ross@kyl.com
2  AUDETTE PAUL MORALES, CASB No. 216631
   audette.morales@kyl.com
3  KEESAL, YOUNG & LOGAN
   A Professional Corporation
4  400 Oceangate, P.O. Box 1730
   Long Beach, California  90801-1730
5  Telephone:   (562) 436-2000
   Facsimile:    (562) 436-7416
6
   Attorneys for Plaintiffs
7  WACHOVIA SECURITIES, LLC and MARK WIELAND

8

9                  UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11

12 VIOLETTA ETTARE,                          )  Case No.
                                             )
13                          Plaintiff,        )
                                             )  NOTICE OF FILING OF REMOVAL
14              vs.                          )  OF ACTION PURSUANT TO 28 U.S.C.
                                             )  §§ 1332(a) AND 1441(a) AND (b)
15 JOSEPH E. BARATTA, an individual,         )
   TBIG FINANCIAL SERVICES, INC., form       )
16 of business unknown, WACHOVIA             )
   SECURITIES, LLC, a Delaware Limited       )
17 Liability Company, MARK WIELAND, an       )
   individual, and DOES 1-25,                )
18                                           )
                                             )
19                          Defendants.       )
                                             )

20

21 TO PLAINTIFF VIOLETTA ETTARE AND TO HER ATTORNEYS OF RECORD:

22

23       PLEASE TAKE NOTICE that on August 27, 2007, Defendants WACHOVIA

24 SECURITIES, LLC and MARK WIELAND ("Defendants") filed in the United States

25 District Court, Northern District of California, a Notice of Removal of the above-entitled

26 action to the United States District Court from the Superior Court of the State of

27 California for the County of Santa Clara, pursuant to 28 U.S.C. §§ 1332(a) and 1441(a)

28 and (b).

-1-                                              KYL_LB1109583

1    PLEASE TAKE FURTHER NOTICE that on August 27, 2007, Defendants

2  filed a Notice of Filing of Removal and Removal of Action to Federal Court, together with

3  a copy of such Notice of Removal, with the Clerk of the Superior Court of the State of

4  California for the County of Santa Clara.

5

6  DATED:  August 27, 2007

7                                                  TERRY ROSS
                                                   AUDETTE PAUL MORALES
                                                   KEESAL, YOUNG & LOGAN
8                                                  Attorneys for Plaintiffs
                                                   WACHOVIA SECURITIES, LLC and
9                                                  MARK WIELAND

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

KYL_LB1109583

NOTICE OF FILING OF REMOVAL OF ACTION PURSUANT/28 U.S.C. §§ 1332(a) & 1441(a) & (b)

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is Keesal, Young & Logan, 400 Oceangate, P.O. Box 1730, Long Beach, California 90801-1730.

On August 27, 2007, I served the foregoing documents described as **NOTICE OF FILING OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §§ 1332(a) AND 1441(a) AND (b)** on the parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Christopher Cooke, Esq.
Cooke Kobrick & Wu LLP
177 Boyet Road
Suite 600
San Mateo, CA 94401
Tel: (650) 638-2370
Fax: (650) 341-1395

☒      BY U.S. MAIL: I enclosed the documents in a sealed envelope or package addressed to the above-named persons at the addresses exhibited therewith and (specify one):

☐      I deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

☒      I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Long Beach, California.

Executed on August 27, 2007 at Long Beach, California.

I declare under penalty of perjury under the laws of the State of California and United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

PENNY VINING