1  GILBERT R. SEROTA, CASB No. 75305
   gserota@howardrice.com
2  HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN
   A Professional Corporation
3  Three Embarcadero Center, Seventh Floor
   San Francisco, California 94111-4024
4  Telephone:  (415) 434-1600
   Facsimile:  (415) 217-5910
5
   Attorneys for Defendants
6  JOSEPH E. BARATTA and TBIG FINANCIAL SERVICES, INC.

7

8             UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10

11 VIOLETTA ETTARE,                    ) Case No. C 07 4429
                                        )
12                 Plaintiff,           )
                                        ) JOINDER IN NOTICE OF FILING OF
13         vs.                          ) REMOVAL OF ACTION PURSUANT
                                        ) TO 28 U.S.C. §§ 1332(a) AND 1441(a)
14 JOSEPH E. BARATTA, an individual,   ) AND (b)
   TBIG FINANCIAL SERVICES, INC., form )
15 of business unknown, WACHOVIA       )
   SECURITIES, LLC, a Delaware Limited )
16 Liability Company, MARK WIELAND, an )
   individual, and DOES 1-25,          )
17                                      )
18                 Defendants.          )
                                        )

19

20 TO PLAINTIFF VIOLETTA ETTARE AND TO HER ATTORNEYS OF RECORD:

21

22         PLEASE TAKE NOTICE that on August 27, 2007, Defendants JOSEPH E.

23 BARATTA and TBIG FINANCIAL SERVICES, INC. ("Defendants") filed in the United

24 States District Court, Northern District of California, a Joinder in Notice of Removal of

25 the above-entitled action to the United States District Court from the Superior Court of

26 the State of California for the County of Santa Clara, pursuant to 28 U.S.C. §§ 1332(a)

27 and 1441(a) and (b).

28 ///

1       PLEASE TAKE FURTHER NOTICE that on August 27, 2007, Defendants
2 filed a Notice of Filing of Joinder in Removal and Joinder in Removal of Action to
3 Federal Court, together with a copy of such Notice of Joinder in Removal, with the Clerk
4 of the Superior Court of the State of California for the County of Santa Clara.

6 DATED: August 27, 2007

                                                               GILBERT R. SEROTA
                                                               HOWARD RICE NEMEROVSKI CANADY
                                                               FALK & RABKIN
                                                                Attorneys for Defendants
                                                               JOSEPH E. BARATTA and TBIG
                                                               FINANCIAL SERVICES, INC.

- 2 -      KYL_LB1109678
JOINDER/NOT./FILING OF REMOVAL OF ACTION PURSUANT/28 U.S.C. §§ 1332(a) & 1441(a) & (b)

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is Keesal, Young & Logan, 400 Oceangate, P.O. Box 1730, Long Beach, California 90801-1730.

On August 27, 2007, I served the foregoing documents described as **JOINDER IN NOTICE OF FILING OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §§ 1332(a) AND 1441(a) AND (b)** on the parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Christopher Cooke, Esq.
Cooke Kobrick & Wu LLP
177 Boyet Road
Suite 600
San Mateo, CA 94401
Tel: (650) 638-2370
Fax: (650) 341-1395

☒ BY U.S. MAIL: I enclosed the documents in a sealed envelope or package addressed to the above-named persons at the addresses exhibited therewith and (specify one):

☐ I deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

☒ I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Long Beach, California.

Executed on August 27, 2007 at Long Beach, California.

I declare under penalty of perjury under the laws of the State of California and United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

_____
PENNY VINING