GILBERT R. SEROTA, CASB No. 75305
gserota@howardrice.com
HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, Seventh Floor
San Francisco, California 94111-4024
Telephone: (415) 434-1600
Facsimile: (415) 217-5910

Attorneys for Defendants
JOSEPH E. BARATTA and TBIG FINANCIAL SERVICES, INC.

ORIGINAL FILED

E-Filing

AUG 27 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIOLETTA ETTARE, | Case No. |
| Plaintiff, | |
| vs. | DECLARATION OF GILBERT R. SEROTA IN SUPPORT OF DEFENDANTS' JOSEPH E. BARATTA AND TBIG FINANCIAL SERVICES, INC. JOINDER IN DEFENDANTS' WACHOVIA SECURITIES, LLC AND MARK WIELAND REMOVAL OF ACTION |
| JOSEPH E. BARATTA, an individual, TBIG FINANCIAL SERVICES, INC., form of business unknown, WACHOVIA SECURITIES, LLC, a Delaware Limited Liability Company, MARK WIELAND, an individual, and DOES 1-25, | |
| Defendants. | |

BY FAX

I, GILBERT R. SEROTA, declare as follows:

1.  I am an attorney at law duly licensed to practice before this Court and am a member of the law firm of Howard Rice Nemerovski Canady Falk & Rubin, attorneys of record for Defendants JOSEPH E. BARATTA ("Baratta") and TBIG FINANCIAL SERVICES, INC. ("TBIG") in this matter. I have personal knowledge of the facts set forth below except for those stated upon information and belief and, if called upon to testify as a witness, could and would testify competently thereto.

2.  I am informed and believe TBIG is a corporation incorporated under

1  the laws of Nevada, having its principal place of business in Incline Village, Nevada.
2         3.     I am informed and believe Baratta is a citizen of the State of Nevada.
3         I declare under penalty of perjury under the laws of the United States of
4  America that the foregoing is true and correct and that this declaration was executed on
5  August 27, 2007 in San Francisco, California.

                                          _____
                                          GILBERT R. SEROTA

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is Keesal, Young & Logan, 400 Oceangate, P.O. Box 1730, Long Beach, California 90801-1730.

On August 27, 2007, I served the foregoing documents described as **DECLARATION OF GILBERT R. SEROTA IN SUPPORT OF DEFENDANTS' JOSEPH E. BARATTA AND TBIG FINANCIAL SERVICES, INC. JOINDER IN DEFENDANTS' WACHOVIA SECURITIES, LLC AND MARK WIELAND REMOVAL OF ACTION** on the parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Christopher Cooke, Esq.
Cooke Kobrick & Wu LLP
177 Boyet Road
Suite 600
San Mateo, CA 94401
Tel: (650) 638-2370
Fax: (650) 341-1395

☒ BY U.S. MAIL: I enclosed the documents in a sealed envelope or package addressed to the above-named persons at the addresses exhibited therewith and (specify one):

☐ I deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

☒ I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Long Beach, California.

Executed on August 27, 2007 at Long Beach, California.

I declare under penalty of perjury under the laws of the State of California and United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

_____
PENNY VINING