```
                                                    FILED
 1
    TERRY ROSS, CASB No. 58171                    2007 AUG 31  P 3:54
 2  terry.ross@kyl.com
    AUDETTE PAUL MORALES, CASB No. 216631         RICHARD W. WIEKING
 3  audette.morales@kyl.com                            CLERK
    KEESAL, YOUNG & LOGAN                         U.S. DISTRICT COURT
 4  A Professional Corporation                    NO. DIST. OF CA. S.J.
    400 Oceangate, P.O. Box 1730
 5  Long Beach, California 90801-1730
    Telephone:  (562) 436-2000
 6  Facsimile:  (562) 436-7416

 7  Attorneys for Defendants
    WACHOVIA SECURITIES, LLC and MARK WIELAND
 8
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIOLETTA ETTARE, | Case No.: C 07 4429 PVT |
| Plaintiff, | |
| vs. | **STIPULATION TO EXTEND TIME FOR DEFENDANTS JOSEPH E. BARATTA, TBIG FINANCIAL SERVICES, INC., WACHOVIA SECURITIES, LLC, AND MARK WIELAND TO RESPOND TO COMPLAINT** |
| JOSEPH E. BARATTA, an individual, TBIG FINANCIAL SERVICES, INC., form of business unknown, WACHOVIA SECURITIES, LLC, a Delaware Limited Liability Company, MARK WIELAND, an individual, and DOES 1-25, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff VIOLETTA ETTARE ("Plaintiff") and Defendants JOSEPH E. BARATTA, TBIG FINANCIAL SERVICES, INC., WACHOVIA SECURITIES, LLC, and MARK WIELAND ("Defendants"), through their respective counsel of record, that Defendants shall have an extension to and

///

including September 10, 2007, in which to answer or otherwise respond to Plaintiff's Complaint. Nothing contained herein shall be deemed a waiver of any parties' rights.

IT IS SO STIPULATED.

DATED: Aug. 30, 2007

_____
CHRISTOPHER C. COOKE
STEPHEN S. WU
COOKE KOBRICK & WU LLP
Attorneys for Plaintiff
VIOLETTA ETTARE

DATED: _____, 2007

_____
GILBERT R. SEROTA
HOWARD RICE NEMEROVSKI CANADY
FALK & RABKIN
Attorneys for Defendants
JOSEPH E. BARATTA and TBIG
FINANCIAL SERVICES, INC.

DATED: _____, 2007

_____
TERRY ROSS
AUDETTE PAUL MORALES
KEESAL, YOUNG & LOGAN
Attorneys for Defendants
WACHOVIA SECURITIES, LLC and
MARK WIELAND

- 2 -

KYL_LB1110098

STIPULATION TO EXTEND TIME FOR DEFENDANTS JOSEPH E. BARATTA, TBIG FINANCIAL SERVICES, INC., WACHOVIA SECURITIES, LLC, AND MARK WIELAND TO RESPOND TO COMPLAINT – Case No.: C 07 4429 PVT

1 including September 10, 2007, in which to answer or otherwise respond to Plaintiff's
2 Complaint. Nothing contained herein shall be deemed a waiver of any parties' rights.
3
4     IT IS SO STIPULATED.
5
6 DATED: _____, 2007
7                                               CHRISTOPHER C. COOKE
                                              STEPHEN S. WU
8                                               COOKE KOBRICK & WU LLP
                                              Attorneys for Plaintiff
9                                               VIOLETTA ETTARE
10
11
12 DATED: _____, 2007
                                              GILBERT R. SEROTA
13                                               HOWARD RICE NEMEROVSKI CANADY
                                              FALK & RABKIN
14                                               Attorneys for Defendants
                                              JOSEPH E. BARATTA and TBIG
15                                               FINANCIAL SERVICES, INC.
16
17
18 DATED: *August 30*, 2007
                                              TERRY ROSS
19                                               AUDETTE PAUL MORALES
                                              KEESAL, YOUNG & LOGAN
20                                               Attorneys for Defendants
                                              WACHOVIA SECURITIES, LLC and
21                                               MARK WIELAND
22
23
24
25
26
27
28

- 2 -

STIPULATION TO EXTEND TIME FOR DEFENDANTS JOSEPH E. BARATTA, TBIG FINANCIAL SERVICES, INC., WACHOVIA SECURITIES, LLC, AND MARK WIELAND TO RESPOND TO COMPLAINT – Case No.: C 07 4429 PVT

KYL_LB1110098

including September 10, 2007, in which to answer or otherwise respond to Plaintiff's Complaint. Nothing contained herein shall be deemed a waiver of any parties' rights.

IT IS SO STIPULATED.

DATED: _____, 2007

CHRISTOPHER C. COOKE
STEPHEN S. WU
COOKE KOBRICK & WU LLP
Attorneys for Plaintiff
VIOLETTA ETTARE

DATED: August 30, 2007

GILBERT R. SEROTA
HOWARD RICE NEMEROVSKI CANADY
FALK & RABKIN
Attorneys for Defendants
JOSEPH E. BARATTA and TBIG
FINANCIAL SERVICES, INC.

DATED: _____, 2007

TERRY ROSS
AUDETTE PAUL MORALES
KEESAL, YOUNG & LOGAN
Attorneys for Defendants
WACHOVIA SECURITIES, LLC and
MARK WIELAND

- 2 -    KYL_LB1110098

STIPULATION TO EXTEND TIME FOR DEFENDANTS JOSEPH E. BARATTA, TBIG FINANCIAL SERVICES, INC., WACHOVIA SECURITIES, LLC, AND MARK WIELAND TO RESPOND TO COMPLAINT – Case No.: C 07 4429 PVT