1  CHRISTOPHER C. COOKE, ESQ. (#142342)
   STEPHEN S. WU, ESQ. (#205091)
2  **COOKE KOBRICK & WU LLP**
   177 Bovet Road, Suite 600
3  San Mateo, CA 94402
4  Telephone: (650) 638-2370
   Facsimile: (650) 341-1395
5
   Attorneys for Plaintiff VIOLETTA ETTARE
6
7              UNITED STATES DISTRICT COURT
8              NORTHERN DISTRICT OF CALIFORNIA

| VIOLETTA ETTARE, | CASE NO.: 5:07-CV-04429-PVT (Unlimited Civil) |
|---|---|
| Plaintiff, | **PLAINTIFF'S DEMAND FOR JURY TRIAL** |
| v. | |
| JOSEPH E. BARATTA, an individual, TBIG FINANCIAL SERVICES, INC., form of business unknown, WACHOVIA SECURITIES, LLC, a Delaware Limited Liability Company, MARK WIELAND, an individual, and DOES 1-25, | |
| Defendants. | |

-2-

1  Plaintiff VIOLETTA ETTARE hereby requests a jury trial on all issues so properly tried in
2  the above-captioned, removed action. This Request is made solely to comply with the time
3  limitations set forth in Rule 81(c) of the Federal Rules of Civil Procedure for making such requests
4  in removed cases, and is not intended to waive Plaintiff's ability to challenge the propriety of the
5  removal of this matter from the Santa Clara Superior Court to this Court.

6  Date: September 5, 2007                    COOKE KOBRICK & WU LLP

8                                              By _____
9                                                CHRISTOPHER COOKE
                                                 Attorneys for Plaintiff
                                                 VIOLETTA ETTARE