TERRY ROSS, CASB No. 58171
terry.ross@kyl.com
AUDETTE PAUL MORALES, CASB No. 216631
audette.morales@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
400 Oceangate, P.O. Box 1730
Long Beach, California 90801-1730
Telephone: (562) 436-2000
Facsimile: (562) 436-7416

Attorneys for Defendants
WACHOVIA SECURITIES, LLC and MARK WIELAND

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VIOLETTA ETTARE,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH E. BARATTA, an individual, TBIG FINANCIAL SERVICES, INC., form of business unknown, WACHOVIA SECURITIES, LLC, a Delaware Limited Liability Company, MARK WIELAND, an individual, and DOES 1-25,<br><br>Defendants. | Case No.: C 07 4429 PVT<br><br>**STIPULATION TO FURTHER EXTEND TIME FOR DEFENDANTS JOSEPH E. BARATTA, TBIG FINANCIAL SERVICES, INC., WACHOVIA SECURITIES, LLC, AND MARK WIELAND TO RESPOND TO COMPLAINT** |

WHEREAS, Defendants JOSEPH E. BARATTA, TBIG FINANCIAL SERVICES, INC., WACHOVIA SECURITIES, LLC, and MARK WIELAND ("Defendants") removed this action to this Court on or about August 27, 2007; and

WHEREAS, counsel for Defendants and counsel for Plaintiff VIOLETTA ETTARE ("Plaintiff") have since engaged each other in dialogue concerning various procedural and substantive issues, which may result in the filing of motions by Defendants and Plaintiff; and

WHEREAS, Plaintiff, by and through her counsel, and in light of such discussions, has agreed to an extension of time to answer or otherwise respond to the Complaint; and

WHEREAS, Local Rule 6-1(a) of the United States District Court Northern District of California provides that the parties may stipulate to extend the time for responding to the Complaint;

IT IS HEREBY STIPULATED by and between Plaintiff and Defendants, through their respective counsel of record, that Defendants shall have an extension to and including September 24, 2007, in which to answer or otherwise respond to Plaintiff's Complaint. Nothing contained herein shall be deemed a waiver of any parties' rights.

IT IS SO STIPULATED.

DATED: September 6, 2007

CHRISTOPHER C. COOKE
STEPHEN S. WU
COOKE KOBRICK & WU LLP
Attorneys for Plaintiff
VIOLETTA ETTARE

DATED: ______________, 2007

GILBERT R. SEROTA
HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN
Attorneys for Defendants
JOSEPH E. BARATTA and TBIG FINANCIAL SERVICES, INC.

[SIGNATURES CONTINUE ON NEXT PAGE]

WHEREAS, Plaintiff, by and through her counsel, and in light of such discussions, has agreed to an extension of time to answer or otherwise respond to the Complaint; and

WHEREAS, Local Rule 6-1(a) of the United States District Court Northern District of California provides that the parties may stipulate to extend the time for responding to the Complaint;

IT IS HEREBY STIPULATED by and between Plaintiff and Defendants, through their respective counsel of record, that Defendants shall have an extension to and including September 24, 2007, in which to answer or otherwise respond to Plaintiff's Complaint. Nothing contained herein shall be deemed a waiver of any parties' rights.

IT IS SO STIPULATED.

DATED: ______________, 2007

CHRISTOPHER C. COOKE
STEPHEN S. WU
COOKE KOBRICK & WU LLP
Attorneys for Plaintiff
VIOLETTA ETTARE

DATED: Sept. 6, 2007

GILBERT R. SEROTA
HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN
Attorneys for Defendants
JOSEPH E. BARATTA and TBIG FINANCIAL SERVICES, INC.

[SIGNATURES CONTINUE ON NEXT PAGE]

DATED: September 6, 2007

TERRY ROSS
AUDETTE PAUL MORALES
KEESAL, YOUNG & LOGAN
Attorneys for Defendants
WACHOVIA SECURITIES, LLC and
MARK WIELAND