1  TERRY ROSS, CASB No. 58171
   terry.ross@kyl.com
2  AUDETTE PAUL MORALES, CASB No. 216631
   audette.morales@kyl.com
3  KEESAL, YOUNG & LOGAN
   A Professional Corporation
4  400 Oceangate, P.O. Box 1730
   Long Beach, California 90801-1730
5  Telephone:  (562) 436-2000
   Facsimile:  (562) 436-7416
6
7
   Attorneys for Plaintiffs
8  WACHOVIA SECURITIES, LLC and MARK WIELAND

9              UNITED STATES DISTRICT COURT

10           NORTHERN DISTRICT OF CALIFORNIA

11

12 VIOLETTA ETTARE,                       )  Case No.
                                          )
13                        Plaintiff,      )  **CERTIFICATION AS TO**
                                          )  **INTERESTED PARTIES**
14            vs.                         )
                                          )
15 JOSEPH E. BARATTA, an individual,      )  **[LOCAL RULE 13(a) and (b)]**
16 TBIG FINANCIAL SERVICES, INC., form    )
   of business unknown, WACHOVIA          )
17 SECURITIES, LLC, a Delaware Limited    )
   Liability Company, MARK WIELAND, an    )
18 individual, and DOES 1-25,             )
                                          )
19                                        )
                          Defendants.     )
20                                        )
                                          )
21 ————————————————————————               )

22

23

24

25

26

27

28

KYL_LB1109721

1      Pursuant to Civil L.R. 3-16, the undersigned, counsel for Defendants
2    WACHOVIA SECURITIES, LLC and MARK WIELAND, certifies that the following
3    persons, associations of persons, firms, partnerships, corporations (including parent
4    corporations) or other entities (i) have a financial interest in the subject matter in
5    controversy or in a party to the proceeding, or (ii) have a non-financial interest in that
6    subject matter or in a party that could be substantially affected by the outcome of this
7    proceeding.  These representations are made to enable the Court to evaluate possible
8    disqualification or recusal:

9          1.     Violetta Ettare – Plaintiff;

10          2.     Joseph E. Barrata – Defendant;

11          3.     TBIG Financial Services – Defendant;

12          4.     Wachovia Securities, LLC – Defendant; and

13          5.     Mark Wieland – Defendant.

14

15

16   DATED:  August 27, 2007

17                                    TERRY ROSS
                                      AUDETTE PAUL MORALES
18                                    KEESAL, YOUNG & LOGAN
                                      Attorneys for Plaintiffs
19                                    WACHOVIA SECURITIES, LLC and
                                      MARK WIELAND
20

21

22

23

24

25

26

27

28

KYL_LB1109721

1

## PROOF OF SERVICE

2

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

3

4          I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is Keesal, Young & Logan, 400 Oceangate, P.O. Box 1730, Long Beach, California  90801-1730.

5

6          On August 27, 2007, I served the foregoing documents described as **CERTIFICATE AS TO INTERESTED PARTIES** on the parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

7

8    Christopher Cooke, Esq.
     Cooke Kobrick & Wu LLP
     177 Boyet Road
9    Suite 600
     San Mateo, CA  94401
10   Tel:  (650) 638-2370
     Fax:  (650) 341-1395

11

12

13         ☒        BY U.S. MAIL:  I enclosed the documents in a sealed envelope or package addressed to the above-named persons at the addresses exhibited therewith and (specify one):

14

15         ☐        I deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

16         ☒        I placed the envelope for collection and mailing, following our ordinary business practices.  I am readily familiar with this firm's practice for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

17

18

19   I am a resident or employed in the county where the mailing occurred.  The envelope or package was placed in the mail at Long Beach, California.

20

21         Executed on August 27, 2007 at Long Beach, California.

22         I declare under penalty of perjury under the laws of the State of California and United States of America that the foregoing is true and correct.

23         I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

24

25

26                                        PENNY VINING

27

28