1  CHRISTOPHER C. COOKE, ESQ. (#142342)
   STEPHEN S. WU, ESQ. (#205091)
2  COOKE KOBRICK & WU LLP
   177 Bovet Road, Suite 600
3  San Mateo, CA 94402
4  Telephone: (650) 638-2370
   Facsimile: (650) 341-1395
5  Email: ccooke@ckwlaw.com
          swu@ckwlaw.com
6
   Attorneys for Plaintiff
7  VIOLETTA ETTARE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VIOLETTA ETTARE,<br><br>             Plaintiff,<br><br>       v.<br><br>JOSEPH E. BARATTA, an individual, TBIG FINANCIAL SERVICES, INC., form of business unknown, WACHOVIA SECURITIES, LLC, a Delaware Limited Liability Company, MARK WIELAND, an individual, and DOES 1-25,<br><br>             Defendants. | CASE NO: C-07-04429-JW (PVT)<br><br>**PLAINTIFF'S NOTICE OF MOTION MOTION TO REMAND**<br><br>Date:    November 19, 2007<br>Time:    9 a.m.<br>Place:   Judge Ware's Courtroom<br>         Courtroom 8, 4th Floor |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT PLAINTIFF VIOLETTA ETTARE will and hereby does move this Court for an order remanding this action to the Santa Clara County Superior Court, pursuant to 28 U.S.C. §1447(c).  This Motion will be heard on or about November 19, 2007, at 9 a.m., in Courtroom 8 of the United States District Court for the Northern District of California, 280 South First Street, San Jose, CA 95113, or at such other date, time and place as may be set by this Court, and is supported by Plaintiff's Memorandum of Points & Authorities In Support of Motion

1  to Remand, the Declaration of Christopher Cooke, the entire file of this matter, arguments of
2  counsel and by such other evidence as may be presented before or during the hearing on this
3  Motion.

4  Date: September 25, 2007                    COOKE KOBRICK & WU LLP

                                               By /s/
                                               _____
                                               CHRISTOPHER COOKE
                                               Attorneys for Plaintiff
                                               VIOLETTA ETTARE