UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VIOLETTA ETTARE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JOSEPH E. BARATTA, an individual, TBIG FINANCIAL SERVICES, INC., form of business unknown, WACHOVIA SECURITIES, LLC, a Delaware Limited Liability Company, MARK WIELAND, an individual, and DOES 1-25,<br><br>　　　　　Defendants. | CASE NO: C-07-04429-JW (PVT)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO REMAND**<br><br>Date:　　November 19, 2007<br>Time:　　9 a.m.<br>Place:　　Judge Ware's Courtroom<br>　　　　　Courtroom 8, 4th Floor |

After considering the briefs, submissions and arguments of counsel, and for GOOD CAUSE SHOWN, the Court HEREBY GRANTS plaintiff's motion to remand and REMANDS this case to the Santa Clara County Superior Court.

IT IS SO ORDERED.

Date: November ___, 2007

_____
The Hon. James Ware
UNITED STATES DISTRICT JUDGE