**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIOLETTA ETTARE, | No. C 07-04429 JW |
|       Plaintiff(s), | |
|   v. | CLERK'S NOTICE |
| JOSEPH E. BARATTA, | |
|       Defendant(s). | |
| _____ / | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Plaintiff's Motion to Remand before Judge James Ware previously noticed for November 19, 2007 at 9:00 AM, has been reset to **December 3, 2007 at 9:00 AM,** Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California.

Dated: September 28, 2007

                                              FOR THE COURT,
                                              Richard W. Wieking, Clerk

                               by:       /s/
                                         Elizabeth Garcia
                                         Courtroom Deputy