GRANTED
/s/ James Ware
Judge James Ware
9/28/2007

1  TERRY ROSS, CASB No. 58171
   terry.ross@kyl.com
2  AUDETTE PAUL MORALES, CASB No. 216631
   audette.morales@kyl.com
3  KEESAL, YOUNG & LOGAN
   A Professional Corporation
4  400 Oceangate, P.O. Box 1730
   Long Beach, California 90801-1730
5  Telephone: (562) 436-2000
   Facsimile: (562) 436-7416
6
   Attorneys for Defendants
7  WACHOVIA SECURITIES, LLC and MARK WIELAND

8

9             UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11

12 VIOLETTA ETTARE,                        ) Case No.: C 07 4429 JW
                                           )
13                Plaintiff,               )
                                           ) **STIPULATION TO FURTHER**
14       vs.                               ) **EXTEND TIME FOR DEFENDANTS**
                                           ) **JOSEPH E. BARATTA, TBIG**
15 JOSEPH E. BARATTA, an individual,       ) **FINANCIAL SERVICES, INC.,**
   TBIG FINANCIAL SERVICES, INC., form     ) **WACHOVIA SECURITIES, LLC, AND**
16 of business unknown, WACHOVIA           ) **MARK WIELAND TO RESPOND TO**
   SECURITIES, LLC, a Delaware Limited     ) **COMPLAINT**
17 Liability Company, MARK WIELAND, an     )
   individual, and DOES 1-25,              )
18                                         )
                  Defendants.              )
19                                         )
20 _____ )

21

22       WHEREAS, Defendants JOSEPH E. BARATTA, TBIG FINANCIAL

23 SERVICES, INC., WACHOVIA SECURITIES, LLC, and MARK WIELAND

24 ("Defendants") removed this action to this Court on or about August 27, 2007;

25       WHEREAS, counsel for Defendants and counsel for Plaintiff VIOLETTA

26 ETTARE ("Plaintiff") have since engaged each other in dialogue concerning various

27 procedural and substantive issues;

28

- 1 -                                                                   KYL_LB1112590

STIPULATION TO FURTHER EXTEND TIME FOR DEFENDANTS JOSEPH E. BARATTA, TBIG
FINANCIAL SERVICES, INC., WACHOVIA SECURITIES, LLC, AND MARK WIELAND TO RESPOND
TO COMPLAINT – Case No.: C 07 4429 JW

1    WHEREAS, Plaintiff's counsel has indicated he intends to file with this Court a motion to remand on behalf of Plaintiff;

3    WHEREAS, Plaintiff, by and through her counsel, and in light of such discussions, has agreed to a further extension of time to answer or otherwise respond to the Complaint; and

6    WHEREAS, Local Rule 6-1(a) of the United States District Court Northern District of California provides that the parties may stipulate to extend the time for responding to the Complaint;

9    IT IS HEREBY STIPULATED by and between Plaintiff and Defendants, through their respective counsel of record, that Defendants shall have an extension in which to answer or otherwise respond to Plaintiff's Complaint until one week after this Court's decision on the Plaintiff's remand motion. Nothing contained herein shall be deemed a waiver of any parties' rights.

IT IS SO STIPULATED.

DATED: Sept. 19, 2007

_____
CHRISTOPHER C. COOKE
STEPHEN S. WU
COOKE KOBRICK & WU LLP
Attorneys for Plaintiff
VIOLETTA ETTARE

DATED: Sept 20, 2007

_____
GILBERT R. SEROTA
HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN
Attorneys for Defendants
JOSEPH E. BARATTA and TBIG FINANCIAL SERVICES, INC.

[SIGNATURES CONTINUE ON NEXT PAGE]

- 2 -

KYL_LB1112590

STIPULATION TO FURTHER EXTEND TIME FOR DEFENDANTS JOSEPH E. BARATTA, TBIG

```
 1
 2
 3   DATED: September 20, 2007            /s/ A. Morales
 4                                        _____
                                          TERRY ROSS
 5                                        AUDETTE PAUL MORALES
                                          KEESAL, YOUNG & LOGAN
 6                                        Attorneys for Defendants
                                          WACHOVIA SECURITIES, LLC and
 7                                        MARK WIELAND
 8
...
28
```

- 3 -                                                                KYL_LB1112590

STIPULATION TO FURTHER EXTEND TIME FOR DEFENDANTS JOSEPH E. BARATTA, TBIG FINANCIAL SERVICES, INC., WACHOVIA SECURITIES, LLC, AND MARK WIELAND TO RESPOND TO COMPLAINT – Case No.: C 07 4429 JW