```
 1  TERRY ROSS, CASB No. 58171
    terry.ross@kyl.com
 2  AUDETTE PAUL MORALES, CASB No. 216631
    audette.morales@kyl.com
 3  KEESAL, YOUNG & LOGAN
    A Professional Corporation
 4  400 Oceangate, P.O. Box 1730
    Long Beach, California  90801-1730
 5  Telephone:  (562) 436-2000
    Facsimile:   (562) 436-7416
 6
    Attorneys for Defendants
 7  WACHOVIA SECURITIES, LLC and MARK WIELAND
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| VIOLETTA ETTARE,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>JOSEPH E. BARATTA, an individual, TBIG FINANCIAL SERVICES, INC., form of business unknown, WACHOVIA SECURITIES, LLC, a Delaware Limited Liability Company, MARK WIELAND, an individual, and DOES 1-25,<br><br>　　　　　　Defendants. | Case No. C-07-04429-JW (PVT)<br><br>**DECLARATION OF KENNETH MEISTER IN SUPPORT OF DEFENDANTS' JOINT OPPOSITION TO PLAINTIFF'S MOTION TO REMAND AND MOTION FOR LEAVE TO AMEND REMOVAL NOTICE**<br><br>Date:   Monday, December 3, 2007<br>Time:   9:00 a.m.<br>Place:  Courtroom 8, 4th Floor |

I, KENNETH MEISTER, declare as follows:

　　　　1.　　I am Senior Vice President, Deputy General Counsel, of PRUDENTIAL EQUITY GROUP, LLC.  I have personal knowledge of the facts set forth below and, if called upon to testify as a witness, could testify competently thereto.

　　　　2.　　Since before July 13, 2007 and through the present, Prudential Securities Group Inc. ("PSG") has had a 38% ownership interest in Wachovia Securities Financial Holdings, LLC ("WSFH").

3.   I am informed and believe that Wachovia Securities Holdings, LLC ("WSH") owns the remaining 62% interest in WSFH.

4.   Since before July 13, 2007 and through the present, PSG has been incorporated under the laws of the State of Delaware and has had its principal place of business in New York.

Executed this 16th day of October, 2007 at New York, New York.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*[signature]*
KENNETH MEISTER