1 | TERRY ROSS, CASB No. 58171
terry.ross@kyl.com
2 | AUDETTE PAUL MORALES, CASB No. 216631
audette.morales@kyl.com
3 | KEESAL, YOUNG & LOGAN
A Professional Corporation
4 | 400 Oceangate, P.O. Box 1730
Long Beach, California 90801-1730
5 | Telephone: (562) 436-2000
Facsimile: (562) 436-7416
6
Attorneys for Defendants
7 | WACHOVIA SECURITIES, LLC and MARK WIELAND

8

9 | **UNITED STATES DISTRICT COURT**

10 | **NORTHERN DISTRICT OF CALIFORNIA**

11 | **SAN JOSE DIVISION**

12

13 | VIOLETTA ETTARE,                                     ) Case No. C-07-04429-JW (PVT)
                                                        )
14 |                              Plaintiff,             ) **DECLARATION OF PAUL WALDMAN**
                                                        ) **IN SUPPORT OF DEFENDANTS'**
15 |              vs.                                    ) **JOINT OPPOSITION TO**
                                                        ) **PLAINTIFF'S MOTION TO REMAND**
16 | JOSEPH E. BARATTA, an individual,       ) **AND MOTION FOR LEAVE TO**
      TBIG FINANCIAL SERVICES, INC., form ) **AMEND REMOVAL NOTICE**
17 | of business unknown, WACHOVIA            )
      SECURITIES, LLC, a Delaware Limited    ) Date:    Monday, December 3, 2007
18 | Liability Company, MARK WIELAND, an  ) Time:    9:00 a.m.
      individual, and DOES 1-25,                    ) Place:   Courtroom 8, 4th Floor
19 |                                                        )
                                                        )
20 |                              Defendants.           )
      _____ )

21

22 |            I, PAUL WALDMAN, declare as follows:

23 |            1.      I have personal knowledge of the facts herein, and if called to testify

24 | as a witness, could and would testify competently thereto.

25 |            2.      I am a duly elected officer of Wachovia Securities, LLC ("Wachovia

26 | Securities") in New York holding the titles of Senior Vice President and Corporate

27 | Counsel.

28 |            3.      Since before Plaintiff VIOLETTA ETTARE filed her complaint in this

WALDMAN DECL./SUP./OPP. & MOT. FOR LEAVE TO AMEND – Case No. C-07-04429-JW (PVT)

1  matter on July 13, 2007, and through the present, Wachovia Securities has been a

2  limited liability company organized under the laws of Delaware, having its principal

3  place of business in Richmond, Virginia.

4          4.      Since before July 13, 2007 and through the present, Wachovia

5  Securities has been owned entirely by Wachovia Securities Financial Holdings, LLC

6  ("WSFH").

7          5.      Since before July 13, 2007 and through the present, WSFH has been

8  a limited liability company organized under the laws of the State of Delaware and has

9  had its principal place of business in Richmond, Virginia.

10          6.      Since before July 13, 2007 and through the present, WSFH has

11  consisted of two members: Prudential Securities Group Inc. ("PSG"), which has a 38%

12  interest in WSFH, and Wachovia Securities Holdings, LLC ("WSH"), which has a 62%

13  interest in WSFH.

14          7.      Since before July 13, 2007 and through the present, WSH has been

15  organized under the laws of the State of Delaware and has had its principal place of

16  business in Charlotte, North Carolina.

17          8.      Since before July 13, 2007 and through the present, WSH has been

18  owned entirely by Everen Capital Corporation ("Everen").

19          9.      Since before July 13, 2007 and through the present, Everen has been

20  incorporated under the laws of the State of Delaware and has had its principal place of

21  business in Charlotte, North Carolina.

22          Executed this 16th day of October, 2007 at New York, New York.

23          I declare under penalty of perjury under the laws of the United States of

24  America that the foregoing is true and correct.

25

26  PAUL WALDMAN

27

28

KYL_LB1115317v3

WALDMAN DECL./SUP./OPP. & MOT. FOR LEAVE TO AMEND – Case No. C-07-04429-JW (PVT)