1  GILBERT R. SEROTA (No. 75305)
   Email: gserota@howardrice.com
2  HOWARD RICE NEMEROVSKI CANADY
         FALK & RABKIN
3  A Professional Corporation
   Three Embarcadero Center, 7th Floor
4  San Francisco, California 94111-4024
   Telephone:   415/434-1600
5  Facsimile:   415/217-5910

6  Attorneys for Defendants
   JOSEPH E. BARATTA AND TBIG
7  FINANCIAL SERVICES, INC.

8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10

11
   VIOLETTA ETTARE,                        Case No. C-07-04429-JW (PVT)
12
                   Plaintiff,              DECLARATION OF JOSEPH E.
13                                         BARATTA IN SUPPORT OF
                                           DEFENDANTS' JOINT OPPOSITION
14      v.                                 TO PLAINTIFF'S MOTION TO
                                           REMAND AND MOTION FOR LEAVE
15  JOSEPH E. BARATTA, an individual, TBIG  TO AMEND REMOVAL NOTICE
   FINANCIAL SERVICES, INC., form of
16  business unknown, WACHOVIA             Date:    Monday, December 3, 2007
   SECURITIES, LLC, a Delaware Limited     Time:    9:00 a.m.
17  Liability Company, MARK WIELAND, an    Place:   Courtroom 8, 4th Floor
   individual, and DOES 1-25,             Judge:   Hon. James Ware
18
                   Defendant.
19

20

21

22

23

24

25

26

27

28

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
A Professional Corporation

-1-

I, JOSEPH E. BARATTA, declare as follows:

1.    Except where otherwise indicated, I have personal knowledge of the facts stated in this declaration, and as to any facts of which I lack personal knowledge I am informed and believe they are true.  If called upon as a witness I could and would testify to the facts stated herein.

2.    I am a citizen of the State of Nevada, resident at 756 Lakeshore Boulevard, Incline Village, Nevada.

3.    My wife and I bought our home in Nevada in 2000, and although we still own a second home in California, which is currently leased, we have been residents of the State of Nevada and have filed our personal and TBIG taxes in the State of Nevada since at least 2001.

4.    I am registered to vote with the State of Nevada, my daughter attends school full time at the Lake Tahoe School in Incline Village, Nevada, I have been a member of the Board of Trustees for the Lake Tahoe School since 2004 and am currently Chairman of the Finance Committee.

5.    TBIG Financial Services, Inc. ("TBIG") is a corporation incorporated under the laws of the State of Nevada, having its principal place of business at 756 Lakeshore Boulevard, Incline Village, Nevada.    TBIG's Corporate Charter and Articles of Incorporation filed with the State of Nevada on October 20, 2000 are attached as Exhibit A, and an excerpt of TBIG's Annual Amendment of its Form ADV dated March 28, 2007 is attached as Exhibit B.

6.    TBIG had been a California corporation, but ceased to be so on November 27, 2000 when it merged into the Nevada corporation.  Attached as Exhibit C are TBIG's records printed from the Nevada Secretary of State website showing the merger.

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
A Professional Corporation

7.    I am the sole officer and director of TBIG.  *See* Exhibits A and C, attached.

8.    I have reviewed TBIG's 2005 form ADV cited by Dr. Ettare in her Motion to Remand and noticed that it sets forth a 650 cellular phone as TBIG's primary contact information and two 650 telephone and fax numbers on Schedule D, page 1.  The 650 cellular phone is provided as TBIG's primary number because it works internationally, whereas TBIG's original 877 number did not.  But that number is billed to my home in Nevada.  The 650 numbers contained on Schedule D, page 1 refer to the location where TBIG kept certain books and records other than its principal place of business.  Those numbers are no longer utilized by TBIG.

9.    I was served with Dr. Ettare's complaint on August 3, 2007 at my home in Nevada.  At some point soon thereafter, I became aware that TBIG had inadvertently failed to make certain filings required by the Nevada Secretary of State and that TBIG's status as a Nevada corporation had been revoked on November 01, 2002.  I immediately took the steps necessary to reinstate TBIG's corporate charter, which I accomplished by August 31, 2007, as shown on Exhibit C.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this Declaration was executed in Incline Village, Nevada on October 25, 2007.

JOSEPH E. BARATTA

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
*A Professional Corporation*

# EXHIBIT A

10/30/00    13:09    GKL AGENT/FILING → 408 9931335                    NO.343    P02



# SECRETARY OF STATE

### STATE OF NEVADA

## CORPORATE CHARTER

I, DEAN HELLER, the duly elected and qualified Nevada Secretary of State, do hereby certify that **TBIG FINANCIAL SERVICES, INC.** did on October 26, 2000 file in this office the original Articles of Incorporation; that said Articles are now on file and of record in the office of the Secretary of State of the State of Nevada, and further, that said Articles contain all the provisions required by the law of said State of Nevada.



IN WITNESS WHEREOF, I have hereunto set my hand and affixed the Great Seal of State, at my office, in Carson City, Nevada, on **October 30, 2000.**

*Dean Heller*

Secretary of State

By  *Denise A. Bates*

Certification Clerk

10/30/00    13:09    GKL AGENT/FILING → 408 9931335          NO.343    P03



**DEAN HELLER**
Secretary of State

101 North Carson Street, Suite 3
Carson City, Nevada 89701-4786
(775) 684 5708



Office Use Only:
FILED # C28859-00

OCT 2 6 2000

IN THE OFFICE OF
DEAN HELLER SECRETARY OF STATE

*Important: Read attached instructions before completing form.*

| | |
|---|---|
| 1. **Name of Corporation:** | TBIG Financial Services, Inc. |
| 2. **Resident Agent Name and Street Address:** *(must be a Nevada address where process may be served)* | Name: Joseph E. Baratta<br>Street Address: 756 Lakeshore Blvd., Incline Village   City   NEVADA   Zip Code 89451 |
| 3. **Shares:** *(number of shares corporation authorized to issue)* | Number of shares with par value: 1,000,000   Par value: $0.01   Number of shares without par value: None |
| 4. **Names, Addresses, Number of Board of Directors/Trustees:** | The First Board of Directors/Trustees shall consist of One members whose names and addresses are as follows:<br>1. Name: Joseph E. Baratta<br>Street Address: 756 Lakeshore Blvd., Incline Village, NV   City   State NV   Zip Code 89451<br>2. Name:<br>Street Address:   City   State   Zip Code<br>3. Name:<br>Street Address:   City   State   Zip Code<br>4. Name:<br>Street Address:   City   State   Zip Code |
| 5. **Purpose:** *(optional-see instructions)* | The purpose of this Corporation shall be: Investment |
| 6. **Other Matters:** *(see instructions)* | Number of additional pages attached: None |
| 7. **Names, Addresses and Signatures of Incorporators:** *(attach additional pages if there are more than 2 incorporators)* | Name: Joseph E. Baratta   Signature: [signature]<br>Address: 756 Lakeshore Blvd., Incline Village, NV   City   State   Zip Code 89451<br>Name:   Signature:<br>Address:   City   State   Zip Code |
| 8. **Certificate of Acceptance of Appointment of Resident Agent:** | I, Joseph E. Baratta hereby accept appointment as Resident Agent for the above named corporation.<br>Signature of Resident Agent: [signature]   Date 10-25-00 |

*This form must be accompanied by appropriate fees. See attached fee schedule.*

Nevada Secretary of State Form CORP-ART PAGE 07
REVISED ON 04/06/00

# EXHIBIT B

Web IARD - ADV Part 1A, Page 2 [User Name: sbaratta, OrgID: 106404]                    Page 1 of 1

# FORM ADV
## UNIFORM APPLICATION FOR INVESTMENT ADVISER REGISTRATION

| Primary Business Name: BARATTA INVESTMENT GROUP TBIG FINANCIAL SERVICES | CRD Number: 106404 |
|---|---|

Rev. 02/2005

**ADV – Annual Amendment, Page 2**
**3/28/2007 4:14:57 PM**

## Item 1 Identifying Information (Continued)

F.    *Principal Office and Place of Business*

(1) Address (do not use a P.O. Box):

Number and Street 1:                    Number and Street 2:
756 LAKESHORE DRIVE

City:                State:        Country:            ZIP+4/Postal Code:
INCLINE VILLAGE      NV            USA                 89452

If this address is a private residence, check this box: ☑

*List on Section 1.F. of Schedule D any office, other than your principal office and place of business, at which you conduct investment advisory business. If you are applying for registration, or are registered, with one or more state securities authorities, you must list all of your offices in the state or states to which you are applying for registration or with whom you are registered. If you are applying for registration, or are registered only, with the SEC, list the largest five offices in terms of numbers of employees.*

(2) Days of week that you normally conduct business at your *principal office and place of business:*

⦿ Monday–Friday    ○ Other:

Normal business hours at this location:
5:00 AM TO 6:00 PM

(3) Telephone number at this location:
650-823-6163

(4) Facsimile number at this location:
650-823-6163

G. Mailing address, if different from your *principal office and place of business* address:

Number and Street 1:                    Number and Street 2:
P.O. BOX 8746

City:                State:        Country:            ZIP+4/Postal Code:
INCLINE VILLAGE      NV            USA                 89452

If this address is a private residence, check this box: ☑

H. If you are a sole proprietor, state your full residence address, if different from your *principal office and place of business* address in Item 1.F.:

Number and Street 1:                    Number and Street 2:

City:                State:                    Country:            ZIP+4/Postal Code:

# EXHIBIT C

# TBIG FINANCIAL SERVICES, INC.

## Business Entity Information

| | | | |
|---|---|---|---|
| Status: | Active on 9/6/2007 | File Date: | 10/26/2000 |
| Type: | Domestic Corporation | Corp Number: | C28859-2000 |
| Qualifying State: | NV | List of Officers Due: | 10/31/2008 |
| Managed By: | | Expiration Date: | |

## Resident Agent Information

| | | | |
|---|---|---|---|
| Name: | CENTERPOINT CORPORATE SERVICES, INC. | Address 1: | 865 TAHOE BLVD SUITE 214 |
| Address 2: | | City: | INCLINE VILLAGE |
| State: | NV | Zip Code: | 89451 |
| Phone: | | Fax: | |
| Email: | | Mailing Address 1: | |
| Mailing Address 2: | | Mailing City: | |
| Mailing State: | | Mailing Zip Code: | |

## Financial Information

| | | | |
|---|---|---|---|
| No Par Share Count: | 0 | Capital Amount: | $ 10,000.00 |
| Par Share Count: | 1,000,000.00 | Par Share Value: | $ 0.01 |

## Officers                                    ☐ Include Inactive Officers

### President - JOSEPH E BARATTA

| | | | |
|---|---|---|---|
| Address 1: | 865 TAHOE BLVD | Address 2: | STE 214 |
| City: | INCLINE VILLAGE | State: | NV |
| Zip Code: | 89451 | Country: | |
| Status: | Active | Email: | |

### Secretary - JOSEPH E BARATTA

| | | | |
|---|---|---|---|
| Address 1: | 865 TAHOE BLVD | Address 2: | STE 214 |
| City: | INCLINE VILLAGE | State: | NV |
| Zip Code: | 89451 | Country: | |
| Status: | Active | Email: | |

### Treasurer - JOSEPH E BARATTA

| | | | |
|---|---|---|---|
| Address 1: | 865 TAHOE BLVD | Address 2: | STE 214 |
| City: | INCLINE VILLAGE | State: | NV |
| Zip Code: | 89451 | Country: | |
| Status: | Active | Email: | |

### Director - JOSEPH E BARATTA

| | | | |
|---|---|---|---|
| Address 1: | 865 TAHOE BLVD | Address 2: | STE 214 |
| City: | INCLINE VILLAGE | State: | NV |
| Zip Code: | 89451 | Country: | |
| Status: | Active | Email: | |

## Actions\Amendments

| | | | |
|---|---|---|---|
| Action Type: | Articles of Incorporation | | |
| Document Number: | C28859-2000-001 | # of Pages: | 1 |
| File Date: | 10/26/2000 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Merger | | |

| Document Number: | C28859-2000-003 | # of Pages: | 2 |
|---|---|---|---|
| File Date: | 11/27/2000 | Effective Date: | |
| ARTICLES OF MERGER FILED MERGING TBIG FINANCIAL SERVICES, INC., A (CA) | | | |
| CORPORATION NOT QUALIFIED IN NEVADA, INTO THIS CORPORATION. (2)PGS. MMR | | | |
| Action Type: | Initial List | | |
| Document Number: | C28859-2000-002 | # of Pages: | 1 |
| File Date: | 02/20/2001 | Effective Date: | |
| List of Officers for 2000 to 2001 | | | |
| Action Type: | Acceptance of Resident Agent | | |
| Document Number: | 20070607607-55 | # of Pages: | 1 |
| File Date: | 08/31/2007 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Reinstatement | | |
| Document Number: | 20070607608-66 | # of Pages: | 1 |
| File Date: | 08/31/2007 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Acceptance of Resident Agent | | |
| Document Number: | 20070607611-10 | # of Pages: | 1 |
| File Date: | 08/31/2007 | Effective Date: | |
| ADDITIONAL ARA FILED WITH REI | | | |