```
 1  TERRY ROSS, CASB No. 58171
    terry.ross@kyl.com
 2  AUDETTE PAUL MORALES, CASB No. 216631
    audette.morales@kyl.com
 3  KEESAL, YOUNG & LOGAN
    A Professional Corporation
 4  400 Oceangate, P.O. Box 1730
    Long Beach, California  90801-1730
 5  Telephone:  (562) 436-2000
    Facsimile:   (562) 436-7416
 6
    Attorneys for Defendants
 7  WACHOVIA SECURITIES, LLC and MARK WIELAND
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| VIOLETTA ETTARE,<br><br>            Plaintiff,<br><br>     vs.<br><br>JOSEPH E. BARATTA, an individual, TBIG FINANCIAL SERVICES, INC., form of business unknown, WACHOVIA SECURITIES, LLC, a Delaware Limited Liability Company, MARK WIELAND, an individual, and DOES 1-25,<br><br>            Defendants. | Case No. C-07-04429-JW (PVT)<br><br>**DECLARATION OF PAUL WALDMAN IN SUPPORT OF DEFENDANTS' JOINT OPPOSITION TO PLAINTIFF'S MOTION TO REMAND AND MOTION FOR LEAVE TO AMEND REMOVAL NOTICE**<br><br>Date:    Monday, December 3, 2007<br>Time:   9:00 a.m.<br>Place:   Courtroom 8, 4th Floor |

I, PAUL WALDMAN, declare as follows:

  1. I have personal knowledge of the facts herein, and if called to testify as a witness, could and would testify competently thereto.

  2. I am a duly elected officer of Wachovia Securities, LLC ("Wachovia Securities") in New York holding the titles of Senior Vice President and Corporate Counsel.

  3. Since before Plaintiff VIOLETTA ETTARE filed her complaint in this

1   matter on July 13, 2007, and through the present, Wachovia Securities has been a limited liability company organized under the laws of Delaware, having its principal place of business in Richmond, Virginia.

4. Since before July 13, 2007 and through the present, Wachovia Securities has been owned entirely by Wachovia Securities Financial Holdings, LLC ("WSFH").

5. Since before July 13, 2007 and through the present, WSFH has been a limited liability company organized under the laws of the State of Delaware and has had its principal place of business in Richmond, Virginia.

6. Since before July 13, 2007 and through the present, WSFH has consisted of two members: Prudential Securities Group Inc. ("PSG"), which has a 38% interest in WSFH, and Wachovia Securities Holdings, LLC ("WSH"), which has a 62% interest in WSFH.

7. Since before July 13, 2007 and through the present, WSH has been organized under the laws of the State of Delaware and has had its principal place of business in Charlotte, North Carolina.

8. Since before July 13, 2007 and through the present, WSH has been owned entirely by Everen Capital Corporation ("Everen").

9. Since before July 13, 2007 and through the present, Everen has been incorporated under the laws of the State of Delaware and has had its principal place of business in Charlotte, North Carolina.

Executed this 16th day of October, 2007 at New York, New York.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*[signature]*
PAUL WALDMAN