1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| VIOLETTA ETTARE,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>JOSEPH E. BARATTA, an individual, TBIG FINANCIAL SERVICES, INC., form of business unknown, WACHOVIA SECURITIES, LLC, a Delaware Limited Liability Company, MARK WIELAND, an individual, and DOES 1-25,<br><br>　　　　　　Defendants. | Case No. C-07-04429-JW (PVT)<br><br>**[PROPOSED] ORDER GRANTING LEAVE TO AMEND NOTICE OF REMOVAL** |

This matter came on for hearing on December 3, 2007, on Defendants WACHOVIA SECURITIES, LLC's, MARK WIELAND's, TBIG FINANCIAL SERVICES', INC., and JOSEPH E. BARATTA's duly noticed Motion for Leave to File an Amended Notice of Removal (the "Motion"). Having read the papers submitted in support of and in opposition to the Motion and having considered the arguments of counsel, the Court finds that justice requires that leave to amend be granted. Accordingly,

IT IS ORDERED THAT:

　　1.　　The Motion is GRANTED.

2. The Defendants are given leave to file the Amended Notice of Removal that was attached as Exhibit A to the Motion.

3. The Defendants must file and serve this amended pleading no later than ten (10) days after the date on which this order was entered.

DATED: _____, 2007

_____
UNITED STATES DISTRICT COURT JUDGE

Submitted by:

/s/ Terry Ross
TERRY ROSS, CASB No. 58171
terry.ross@kyl.com
AUDETTE PAUL MORALES, CASB No. 216631
audette.morales@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
400 Oceangate, P.O. Box 1730
Long Beach, California 90801-1730
Telephone: (562) 436-2000
Facsimile: (562) 436-7416

Attorneys for Defendants
WACHOVIA SECURITIES, LLC and
MARK WIELAND