CHRISTOPHER C. COOKE, ESQ. (#142342)
STEPHEN S. WU, ESQ. (#205091)
COOKE KOBRICK & WU LLP
177 Bovet Road, Suite 600
San Mateo, CA 94402
Telephone: (650) 638-2370
Facsimile: (650) 341-1395
Email: ccooke@ckwlaw.com
       swu@ckwlaw.com

Attorneys for Plaintiff
VIOLETTA ETTARE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VIOLETTA ETTARE,<br><br>    Plaintiff,<br><br>v.<br><br>JOSEPH E. BARATTA, an individual, TBIG FINANCIAL SERVICES, INC., form of business unknown, WACHOVIA SECURITIES, LLC, a Delaware Limited Liability Company, MARK WIELAND, an individual, and DOES 1-25,<br><br>    Defendants. | CASE NO: C-07-04429-JW (PVT)<br><br>**DECLARATION OF CHRISTOPHER COOKE IN OPPOSITION TO DEFENDANTS' JOINT MOTION TO AMEND REMOVAL NOTICE**<br><br>Date:    December 3, 2007<br>Time:    9 a.m.<br>Place:    Judge Ware's Courtroom<br>            Courtroom 8, 4th Floor |

I, CHRISTOPHER COOKE, declare and state:

1.    I am a member of the bar of this Court and represent plaintiff Violetta Ettare in this lawsuit and make this declaration of my own personal knowledge in opposition to Defendants' Joint Notice of Motion and Motion to Amend Notice of Removal.

2.    Attached as Exhibit A to this Declaration is a true and correct copy of the legislative history of S.B. 483, enacted as Nevada Revised Statute Section 78.180(5), which I

1  downloaded from http://www.leg.state.nv.us/74th/Reports/history.cfm?ID=1187.  On page 3 of
2  Exhibit A, it states that the effective date of S.B. 483 is October 1, 2007.
3      I declare under the penalty of perjury of the laws of the United States of America that the
4  foregoing statements are true and correct and that this declaration was executed on November 12,
5  2007 in San Mateo, California.

/s/
_____
Christopher Cooke

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23 **EXHIBIT A**
24
25
26
27
28



Home -
Search -
Contact Us -
Scheduled Meetings -

# SB483

**Introduced on:** Mar 26, 2007

**By: Judiciary**

*Makes various changes to provisions relating to business. (BDR 7-868)*

**Fiscal Notes**

Effect on Local Government: No.
Effect on State: No.

**Most Recent History Action:**
**(See full list below)**         Chapter 456.

**Upcoming Hearings**

**Past Hearings**

| | | | | |
|---|---|---|---|---|
| Senate Judiciary | Mar. 26, 2007 | 11:00 AM | **Minutes** | . |
| Senate Judiciary | Apr. 05, 2007 | 09:00 AM | **Minutes** | No Action . |
| Senate Judiciary | Apr. 10, 2007 | 09:00 AM | **Minutes** | No Action . |
| Senate Judiciary | Apr. 11, 2007 | 09:00 AM | **Minutes** | Amend, and do pass as amended . |
| Assembly Judiciary | May. 11, 2007 | 08:00 AM | **Minutes** | No Action . |
| Assembly Judiciary | May. 17, 2007 | 08:00 AM | **Minutes** | Amend, and do pass as amended . |
| Senate Judiciary | May. 26, 2007 | 10:30 AM | **Minutes** | Do not concur . |

**Votes**

| | | | | | | |
|---|---|---|---|---|---|---|
| **Senate Final Passage** | Apr. 24 | Yea 21, | Nay 0, | Excused 0, | Not Voting 0, | Absent 0 |
| **Assembly Final Passage** | May. 25 | Yea 41, | Nay 0, | Excused 1, | Not Voting 0, | Absent 0 |

| | | | | |
|---|---|---|---|---|
| **Bill Text** | **As Introduced** | **1st Reprint** | **2nd Reprint** | **As Enrolled** |
| **Adopted Amendments** | **Amend. No.583** | | | |
| **Adopted Amendments** | **Amend. No.837** | | | |

**Bill History**

**Mar 26, 2007**
- Read first time. Referred to Committee on Judiciary. To printer.

**Mar 28, 2007**
- From printer. To committee.

**Apr 23, 2007**
- From committee: Amend, and do pass as amended.
- Placed on Second Reading File.
- Read second time. Amended. (Amend. No. 583.) To printer.

**Apr 24, 2007**
- From printer. To engrossment. Engrossed. First reprint.
- Read third time. Passed, as amended. Title approved, as amended. (Yeas: 21, Nays: None.) To Assembly.

**Apr 25, 2007**
- In Assembly.
- Read first time. Referred to Committee on Judiciary. To committee.

**May 21, 2007**
- From committee: Amend, and do pass as amended.
- Placed on Second Reading File.
- Read second time. Amended. (Amend. No. 837.) To printer.

**May 22, 2007**
- From printer. To reengrossment. Reengrossed. Second reprint.
- Taken from General File.
- Placed on General File for next legislative day.

**May 23, 2007**
- Taken from General File.
- Placed on General File for next legislative day.

**May 24, 2007**
- Taken from General File.
- Placed on General File for next legislative day.

**May 25, 2007**
- Read third time.
- Taken from General File.
- Placed on Chief Clerk's desk.
- Taken from Chief Clerk's desk.
- Placed on General File.
- Read third time. Passed, as amended. Title approved. (Yeas: 41, Nays: None, Excused: 1.) To Senate.

**May 26, 2007**
- In Senate.

**May 29, 2007**
- Assembly Amendment No. 837 not concurred in. To Assembly.

**May 30, 2007**
- In Assembly.

**May 31, 2007**
- Assembly Amendment No. 837 not receded from. Conference requested. First Conference Committee appointed by Assembly. To Senate.

**Jun 01, 2007**
- In Senate.

**Jun 02, 2007**
- First Conference Committee appointed by Senate. To committee.

**Jun 04, 2007**

- From committee: Concur in Assembly Amendment No. 837.
- First Conference report adopted by Senate.
- First Conference report adopted by Assembly.
- To enrollment.

**Jun 07, 2007**
- Enrolled and delivered to Governor.

**Jun 13, 2007**
- Approved by the Governor.

**Jun 14, 2007**
- Chapter 456.

- **Effective October 1, 2007.**

---

© 2007 Nevada Legislative Counsel Bureau