UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VIOLETTA ETTARE,<br><br>           Plaintiff,<br><br>     v.<br><br>JOSEPH E. BARATTA, an individual, TBIG FINANCIAL SERVICES, INC., form of business unknown, WACHOVIA SECURITIES, LLC, a Delaware Limited Liability Company, MARK WIELAND, an individual, and DOES 1-25,<br><br>           Defendants. | CASE NO: C-07-04429-JW (PVT)<br><br>**[PROPOSED] ORDER DENYING DEFENDANTS' JOINT MOTION TO AMEND REMOVAL NOTICE**<br><br>Date:     December 3, 2007<br>Time:    9 a.m.<br>Place:   Judge Ware's Courtroom<br>          Courtroom 8, 4th Floor |

Upon consideration of the parties' briefs and arguments, the relevant authorities, and the facts and circumstances in this case, the Court hereby DENIES defendants' motion to amend removal their removal notice filed August 27, 2007.

IT IS SO ORDERED.


Dated:  December ___, 2007


_____
The Hon. James Ware
UNITED STATES DISTRICT JUDGE