TERRY ROSS, CASB No. 58171
terry.ross@kyl.com
AUDETTE PAUL MORALES, CASB No. 216631
audette.morales@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
400 Oceangate, P.O. Box 1730
Long Beach, California 90801-1730
Telephone: (562) 436-2000
Facsimile: (562) 436-7416

Attorneys for Defendants
WACHOVIA SECURITIES, LLC and MARK WIELAND

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VIOLETTA ETTARE, Plaintiff, vs. JOSEPH E. BARATTA, an individual, TBIG FINANCIAL SERVICES, INC., form of business unknown, WACHOVIA SECURITIES, LLC, a Delaware Limited Liability Company, MARK WIELAND, an individual, and DOES 1-25, Defendants. | Case No.: C 07 4429 JW (PVT) **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

WHEREAS, Plaintiff VIOLETTA ETTARE ("Plaintiff") filed a Motion to Remand with this Court on September 25, 2007;

WHEREAS, Defendants JOSEPH E. BARATTA, TBIG FINANCIAL SERVICES, INC., WACHOVIA SECURITIES, LLC, and MARK WIELAND ("Defendants") opposed Plaintiff's Motion to Remand on October 29, 2007;

WHEREAS, the Motion to Remand is set to be heard in this Court on December 3, 2007;

WHEREAS, a Case Management Conference is currently scheduled for December 3, 2007 before this Court;

WHEREAS, a Joint Case Management Statement is currently due to the Court on November 26, 2007;

WHEREAS, Plaintiff and Defendants, by and through their counsel, have agreed to continue the Case Management Conference, the Joint Case Management Statement deadline and the disclosure requirements under Federal Rule 26; and

WHEREAS, Local Rule 16-2 of the United States District Court Northern District of California provides that the parties may stipulate to continue the Case Management Conference but that the Court must approve such stipulation;

IT IS HEREBY STIPULATED by and between Plaintiff and Defendants, through their respective counsel of record, that in light of the pending Motion to Remand and the uncertainty regarding the proper forum for this matter, that the Case Management Conference currently scheduled for December 3, 2007, the Joint Case Management Statement currently due November 26, 2007, and the initial disclosure requirements under Federal Rule 26, shall be continued and the Court will set new dates for the Case Management Conference and the Joint Case Management Statement at the hearing on the Motion to Remand or in the Court's order on the Motion to Remand. Nothing contained herein shall be deemed a waiver of any parties' rights.

IT IS SO STIPULATED.

DATED: 11/9/ , 2007

CHRISTOPHER C. COOKE
STEPHEN S. WU
COOKE KOBRICK & WU LLP
Attorneys for Plaintiff
VIOLETTA ETTARE

[SIGNATURES CONTINUED ON NEXT PAGE]

DATED: Nov 8, 2007

GILBERT R. SEROTA
HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN
Attorneys for Defendants
JOSEPH E. BARATTA and TBIG FINANCIAL SERVICES, INC.

DATED: ______________, 2007

TERRY ROSS
AUDETTE PAUL MORALES
KEESAL, YOUNG & LOGAN
Attorneys for Defendants
WACHOVIA SECURITIES, LLC and MARK WIELAND

**ORDER**

Based on the stipulation of the parties and good cause appearing, the Case Management Conference currently scheduled for December 3, 2007, the deadline for the Joint Case Management Statement, which is currently November 26, 2007, and the initial disclosure requirements under Federal Rule 26 are continued. The Case Management Conference and the deadline for the Joint Case Management Statement are continued to dates the Court will select at the hearing on the Motion to Remand or in the Court's order on the Motion to Remand.

HONORABLE JAMES WARE
UNITED STATES DISTRICT COURT JUDGE

DATED: ______________, 2007

GILBERT R. SEROTA
HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN
Attorneys for Defendants
JOSEPH E. BARATTA and TBIG FINANCIAL SERVICES, INC.

DATED: November 9, 2007

TERRY ROSS
AUDETTE PAUL MORALES
KEESAL, YOUNG & LOGAN
Attorneys for Defendants
WACHOVIA SECURITIES, LLC and MARK WIELAND

**ORDER**

Based on the stipulation of the parties and good cause appearing, the Case Management Conference currently scheduled for December 3, 2007, the deadline for the Joint Case Management Statement, which is currently November 26, 2007, and the initial disclosure requirements under Federal Rule 26 are continued. The Case Management Conference and the deadline for the Joint Case Management Statement **will be set in the Court's Order addressing the Motion for Remand, if necessary.**

Dated: November 14, 2007

HONORABLE JAMES WARE
UNITED STATES DISTRICT COURT JUDGE

- 3 -

KYL_LB1119013v2

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE – Case No.: C 07 4429 JW (PVT)