IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Violetta Ettare, | NO. C 07-04429 JW |
| Plaintiff, | **ORDER VACATING HEARING ON MOTIONS** |
| v. | |
| Joseph Baratta, et al., | |
| Defendants. | |

The Court finds Plaintiff's Motion for Remand and Defendants' Motion for Leave to Amend appropriate for submission without oral arguments. See Civ. L. R. 7-1(b). Accordingly, the hearing presently scheduled for December 3, 2007 is VACATED.

Dated:  November 28, 2007

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Audette Paul Morales audette.morales@kyl.com
Christopher Charles Cooke ccooke@ckwlaw.com
Gilbert Ross Serota gserota@hrice.com
Stephen S. Wu swu@ckwlaw.com

**Dated:  November 28, 2007**                             **Richard W. Wieking, Clerk**

                                                                            **By:  /s/ JW Chambers**
                                                                                    **Elizabeth Garcia**
                                                                                    **Courtroom Deputy**