1  TERRY ROSS, CASB No. 58171
   terry.ross@kyl.com
2  AUDETTE PAUL MORALES, CASB No. 216631
   audette.morales@kyl.com
3  KEESAL, YOUNG & LOGAN
   A Professional Corporation
4  400 Oceangate, P.O. Box 1730
   Long Beach, California 90801-1730
5  Telephone:  (562) 436-2000
   Facsimile:  (562) 436-7416
6
   Attorneys for Defendants
7  WACHOVIA SECURITIES, LLC and MARK WIELAND

8  GILBERT R. SEROTA, CASB No. 75305
   gserota@howardrice.com
9  HOWARD RICE NEMEROVSKI
     CANADY FALK & RABKIN
10 A Professional Corporation
   Three Embarcadero Center, 7th Floor
11 San Francisco, California 94111-4024
   Telephone:  (415) 434-1600
12 Facsimile:  (415) 217-5910

13 Attorneys for Defendants
   JOSEPH E. BARATTA and TBIG FINANCIAL
14 SERVICES, INC.

15

16                    UNITED STATES DISTRICT COURT

17                   NORTHERN DISTRICT OF CALIFORNIA

18                          SAN JOSE DIVISION

19

20 VIOLETTA ETTARE,                    )  Case No. C-07-04429-JW (PVT)
                                       )
21                  Plaintiff,         )
                                       )
22        vs.                          )  **NOTICE OF FILING OF**
                                       )  **DEFENDANTS' JOINT AMENDED**
                                       )  **NOTICE OF REMOVAL OF ACTION**
23 JOSEPH E. BARATTA, an individual,   )  **PURSUANT TO 28 U.S.C.**
   TBIG FINANCIAL SERVICES, INC., form )  **§§ 1332(a) AND 1441(a) AND (b)**
24 of business unknown, WACHOVIA       )
   SECURITIES, LLC, a Delaware Limited )
25 Liability Company, MARK WIELAND, an )
   individual, and DOES 1-25,          )
26                                     )
                                       )
27                  Defendants.        )
                                       )
28 ///

1  TO PLAINTIFF VIOLETTA ETTARE AND TO HER ATTORNEYS OF RECORD:

2        PLEASE TAKE NOTICE that on February 28, 2008, pursuant to this Court's February 13, 2008 Order, Defendants JOSEPH E. BARATTA, TBIG FINANCIAL SERVICES, INC., WACHOVIA SECURITIES, LLC and MARK WIELAND ("Defendants") filed in the United States District Court, Northern District of California, a Joint Amended Notice of Removal of the above-entitled action to the United States District Court from the Superior Court of the State of California for the County of Santa Clara, pursuant to 28 U.S.C. §§ 1332(a), 1441(a), and (b).

      PLEASE TAKE FURTHER NOTICE that on February 28, 2008, Defendants filed a Notice of Filing of Removal and Removal of Action to Federal Court, together with a copy of Defendants' Joint Amended Notice of Removal, with the Clerk of the Superior Court of the State of California for the County of Santa Clara.

DATED: February 28, 2008

/s/ Terry Ross
TERRY ROSS
AUDETTE PAUL MORALES
KEESAL, YOUNG & LOGAN
Attorneys for Defendants
WACHOVIA SECURITIES, LLC and
MARK WIELAND

DATED: February 28, 2008

/s/ Gilbert R. Serota
GILBERT R. SEROTA
HOWARD RICE NEMEROVSKI CANADY
  FALK & RABKIN
Attorneys for Defendants
JOSEPH E. BARATTA and TBIG
FINANCIAL SERVICES, INC.