1  TERRY ROSS, CASB No. 58171
   terry.ross@kyl.com
2  AUDETTE PAUL MORALES, CASB No. 216631
   audette.morales@kyl.com
3  KEESAL, YOUNG & LOGAN
   A Professional Corporation
4  400 Oceangate, P.O. Box 1730
   Long Beach, California 90801-1730
5  Telephone: (562) 436-2000
   Facsimile: (562) 436-7416
6
   Attorneys for Defendants
7  WACHOVIA SECURITIES, LLC and MARK WIELAND

8

9                UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                     SAN JOSE DIVISION

12

13 VIOLETTA ETTARE,                ) Case No. C-07-04429-JW (PVT)
                                   )
14            Plaintiff,           )
                                   ) DECLARATION OF KENNETH
15       vs.                       ) MEISTER IN SUPPORT OF
                                   ) DEFENDANTS' JOINT AMENDED
16 JOSEPH E. BARATTA, an individual,) NOTICE OF REMOVAL OF ACTION
   TBIG FINANCIAL SERVICES, INC., form)
17 of business unknown, WACHOVIA   )
   SECURITIES, LLC, a Delaware Limited )
18 Liability Company, MARK WIELAND, an )
   individual, and DOES 1-25,     )
19                                 )
              Defendants.          )
20 _____)

21

22        I, KENNETH MEISTER, declare as follows:

23        1.    I am Senior Vice President, Deputy General Counsel, of

24 PRUDENTIAL EQUITY GROUP, LLC. I have personal knowledge of the facts set forth

25 below and, if called upon to testify as a witness, could testify competently thereto.

26        2.    Since before July 13, 2007 and through the present, Prudential

27 Securities Group Inc. ("PSG") has had a 38% ownership interest in Wachovia Securities

28 Financial Holdings, LLC ("WSFH").

3. I am informed and believe that Wachovia Securities Holdings, LLC ("WSH") owns the remaining 62% interest in WSFH.

4. Since before July 13, 2007 and through the present, PSG has been incorporated under the laws of the State of Delaware and has had its principal place of business in New York.

Executed this 26th day of February, 2008 at New York, New York.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
KENNETH MEISTER