| | |
|---|---|
| 1 | GILBERT R. SEROTA (No. 75305) |
| | Email: gserota@howardrice.com |
| 2 | DIANA CAMPBELL MILLER (No. 252055) |
| | Email: dcampbell@howardrice.com |
| 3 | HOWARD RICE NEMEROVSKI CANADY |
| |    FALK & RABKIN |
| 4 | A Professional Corporation |
| | Three Embarcadero Center, 7th Floor |
| 5 | San Francisco, California 94111-4024 |
| | Telephone:  415/434-1600 |
| 6 | Facsimile:   415/217-5910 |

Attorneys for Defendants
JOSEPH E. BARATTA AND TBIG
FINANCIAL SERVICES, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIOLETTA ETTARE, | Case No. 5:07-cv-04429-PVT |
| Plaintiff, | Action Filed: August 27, 2007 |
| v. | NOTICE OF ASSOCIATION OF COUNSEL |
| JOSEPH E. BARATTA, an individual, TBIG FINANCIAL SERVICES, INC., form of business unknown, WACHOVIA SECURITIES, LLC, a Delaware Limited Liability Company, MARK WIELAND, an individual, and DOES 1-25, | Date: <br> Time: <br> Dep't: <br> Judge:   Hon. James Ware |
| Defendant. | |

1  TO THE COURT, THE PLAINTIFF AND OTHER PARTIES IN INTEREST:

2  PLEASE TAKE NOTICE that Howard, Rice, Nemerovski, Canady, Falk & Rabkin, A Professional Corporation, through attorney Gilbert A. Serota admitted to practice in the State of California and before this Court, hereby associates Diana Campbell Miller as counsel of record for Defendants Joseph E. Baratta and TBIG Financial Services, Inc. in the above-captioned action.

DATED:  February 29, 2008

                          Respectfully,

                          GILBERT R. SEROTA
                          DIANA CAMPBELL MILLER
                          HOWARD RICE NEMEROVSKI CANADY
                                FALK & RABKIN
                          A Professional Corporation

                          By:   /s/ Diana Campbell Miller

                          Attorneys for Defendants JOSEPH E. BARATTA
                          AND TBIG FINANCIAL SERVICES, INC.

HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN
A Professional Corporation