**United States District Court**
**Northern District of California**

# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Ettare,<br><br>　　　　　　Plaintiff(s),<br><br>　v.<br><br>Baratta,<br><br>　　　　　　Defendant(s). | 07-04429 JW<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order. Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter. Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)). (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

---
**Notice Re: Noncompliance With Court Order**
07-04429 JW　　　　　　　　　　　　　　　-1-

1  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
2  to an e-mail directed to adr@cand.uscourts.gov.

4      It is the responsibility of counsel to schedule an ADR Phone Conference, if
5  required, to occur <u>before</u> the Case Management Conference.

8  Dated: March 5, 2008

                    RICHARD W. WIEKING
                    Clerk
                    by:   Timothy J. Smagacz

*/s/ Timothy Smagacz*

ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice Re: Noncompliance With Court Order**
07-04429 JW                     -2-

PROOF OF SERVICE

Case Name:      Ettare v. Baratta

Case Number:    07-04429 JW

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

>   ADR Program
>   United States District Court
>   Norther District of California
>   450 Golden Gate Avenue Floor 16
>   San Francisco, CA 94102

On March 5, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

>   Stephen S. Wu
>   Cooke Kobrick & Wu LLP
>   177 Bovet Road
>   Suite 600
>   San Mateo, CA 94402
>   swu@ckwlaw.com
>
>   Christopher Charles Cooke
>   Cooke Kobrick & Wu LLP
>   177 Bovet Road
>   Suite 600
>   San Mateo, CA 94402
>   ccooke@ckwlaw.com
>
>   Gilbert Ross Serota
>   Howard Rice Nemerovski Canady Falk
>   Three Embarcadero Center
>   7th Floor
>   a Professional Corporation
>   San Franciso, CA 94111-4065
>   gserota@hrice.com

Diana Calhoun Campbell Miller
Howard Rice Nemerovski Canady Falk & Rabkin
3 Embarcadero Center
7th Floor
San Francisco, CA 94111-4024
dcampbell@howardrice.com

Audette Paul Morales
P.O. Box 1730
Long Beach, CA 90801-1730
audette.morales@kyl.com

Paul Terrance Ross
Keesal, Young & Logan
400 Oceangate
P. O. Box 1730
Long Beach, CA 90801-1730
terry.ross@kyl.com


[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:
[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:


I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on March 5, 2008 in San Francisco, California.

RICHARD W. WIEKING
Clerk
by:   Timothy J. Smagacz

_____
ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov