TERRY ROSS, CASB No. 58171
terry.ross@kyl.com
AUDETTE PAUL MORALES, CASB No. 216631
audette.morales@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
400 Oceangate, P.O. Box 1730
Long Beach, California 90801-1730
Telephone: (562) 436-2000
Facsimile: (562) 436-7416

Attorneys for Defendants
WACHOVIA SECURITIES, LLC and MARK WIELAND

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| VIOLETTA ETTARE,<br><br>              Plaintiff,<br><br>vs.<br><br>JOSEPH E. BARATTA, an individual, TBIG FINANCIAL SERVICES, INC., form of business unknown, WACHOVIA SECURITIES, LLC, a Delaware Limited Liability Company, MARK WIELAND, an individual, and DOES 1-25,<br><br>              Defendants. | Case No.: C-07-4429-JW (PVT)<br><br>**DEFENDANTS WACHOVIA SECURITIES, LLC AND MARK WIELAND'S NOTICE OF MOTION AND MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS**<br><br>Date: Monday, May 5, 2008<br>Time: 9:00 a.m.<br>Place: Courtroom 8, 4th Floor |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

      PLEASE TAKE NOTICE that on Monday, May 5, 2008, at 9:00 a.m., or as soon thereafter as the matter may be heard in the United States District Court, Northern District of California, 280 South 1st Street, San Jose, CA 95113, Defendants WACHOVIA SECURITIES, LLC and MARK WIELAND (collectively, "Defendants") will move this Court for an order: (1) compelling arbitration before the Financial Industry Regulatory Authority ("FINRA") of all claims against Defendants contained in the

Complaint filed by Plaintiff Dr. VIOLETTA ETTARE ("Plaintiff"), through her counsel, with the Santa Clara Superior Court on or about July 13, 2007, pursuant to the Federal Arbitration Act, 9 U.S.C. § 4; and (2) staying all further proceedings in this action pending arbitration pursuant to 9 U.S.C. § 3.

This motion to compel arbitration is made on the grounds that Plaintiff's claims against Defendants are based on alleged damages in investment account maintained with Defendants. Plaintiff's account with Defendants is governed by contracts that require, among other things, that all claims concerning or arising out of those accounts be resolved by binding arbitration. Those contracts are binding on Plaintiff, and as a result, all claims against Defendants, must be compelled to arbitration and resolved there. The motion to stay the present proceedings, pursuant to 9 U.S.C. § 3 is a necessary corollary to the motion to compel arbitration.

Defendants' Motion to Compel Arbitration and Stay Proceedings is based upon this Notice, the attached Memorandum of Points and Authorities, the Declarations of Terry Ross, Audette Paul Morales, Veronica T. Hartnett and Mark Wieland, and the exhibits lodged in support thereof which have been served and filed herewith, the pleadings, records and papers on file herein, and on such further oral and documentary evidence as may be presented at the hearing of this motion.

DATED: March 6, 2008

_____
TERRY ROSS
AUDETTE PAUL MORALES
KEESAL, YOUNG & LOGAN
Attorneys for Defendants
WACHOVIA SECURITIES, LLC and
MARK WIELAND