TERRY ROSS, CASB No. 58171
terry.ross@kyl.com
AUDETTE PAUL MORALES, CASB No. 216631
audette.morales@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
400 Oceangate, P.O. Box 1730
Long Beach, California 90801-1730
Telephone: (562) 436-2000
Facsimile: (562) 436-7416

Attorneys for Defendants
WACHOVIA SECURITIES, LLC and MARK WIELAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VIOLETTA ETTARE,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JOSEPH E. BARATTA, an individual, TBIG FINANCIAL SERVICES, INC., form of business unknown, WACHOVIA SECURITIES, LLC, a Delaware Limited Liability Company, MARK WIELAND, an individual, and DOES 1-25,<br><br>　　　　Defendants. | Case No.: C-07-4429-JW (PVT)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS WACHOVIA SECURITIES, LLC AND MARK WIELAND'S MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS**<br><br>Date: Monday, May 5, 2008<br>Time: 9:00 a.m.<br>Place: Courtroom 8, 4th Floor |

On Monday, May 5, 2008, at 9:00 a.m., Defendants WACHOVIA SECURITIES, LLC and MARK WIELAND's (collectively, "Defendants") Motion to Compel Arbitration and Stay Proceedings (the "Motion") came on hearing before this Court. Keesal, Young & Logan appeared for Defendants. _____ appeared for Defendants JOSEPH E. BARATTA and TBIG FINANCIAL SERVICES, INC. _____ appeared for Plaintiff Dr. VIOLETTA ETTARE

- 1 -　　　　　　　　　KYL_LB1109821
[PROPOSED] ORDER GRANTING DEFENDANTS WACHOVIA SECURITIES, LLC AND MARK WIELAND'S MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS – Case No.: C-07-4429-JW (PVT)

1  ("Plaintiff").

2        Having considered the papers filed in support of and in opposition to
3  Defendants' Motion and the arguments of the parties, this Court hereby rules as follows:
4        Pursuant to the evidence presented to the Court and specifically the
5  agreements signed by Plaintiff containing arbitration clauses which the Court finds are
6  binding on Plaintiff, Plaintiff shall submit all claims against Defendants to binding
7  arbitration before the Financial Industry Regulatory Authority ("FINRA").
8        Further, the entire Federal Court action shall be stayed pending arbitration
9  proceedings pursuant to the Federal Arbitration Act, 9 U.S.C. § 3. This Court shall
10 retain personal and subject matter jurisdiction to enforce the terms of the arbitration
11 agreement and to confirm, correct or vacate any arbitration award rendered.
12       IT IS SO ORDERED.
13
14
15 DATED: _____, 2008         _____
                                       JUDGE JAMES WARE
16
17
18
19
20
21
22
23
24
25
26
27
28