GILBERT R. SEROTA (No. 75305)
Email: gserota@howardrice.com
DIANA C. CAMPBELL MILLER (No. 252055)
Email: dcampbell@howardrice.com
HOWARD RICE NEMEROVSKI CANADY
       FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone:    415/434-1600
Facsimile:    415/217-5910

Attorneys for Defendants
JOSEPH E. BARATTA AND TBIG FINANCIAL
SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VIOLETTA ETTARE,<br><br>         Plaintiff,<br><br>v.<br><br>JOSEPH E. BARATTA, an individual, TBIG FINANCIAL SERVICES, INC., form of business unknown, WACHOVIA SECURITIES, LLC, a Delaware Limited Liability Company, MARK WIELAND, and individual, and DOES 1-25,<br><br>         Defendants. | Case No. C-07-04429-JW<br><br>DECLARATION OF GILBERT R. SEROTA IN SUPPORT OF THE TBIG DEFENDANTS' MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS<br><br>Date:    May 5, 2008<br>Time:    9:00 A.M.<br>Judge:   Hon. James Ware<br><br>Trial Date:    TBD |

DECL. OF GILBERT R. SEROTA ISO DEFTS' MOT. TO COMPEL ARB.                    07-04429 JW

I, GILBERT R. SEROTA, declare as follows:

1. I am an attorney duly licensed to practice in the State of California and in this Court. I am a director with the law firm of Howard Rice Nemerovski Canady Falk & Rabkin, attorneys of record for Defendants JOSEPH E. BARATTA ("Mr. Baratta"), and TBIG FINANCIAL SERVICES, INC. ("TBIG") (collectively, the TBIG Defendants"). I have personal knowledge of the facts set forth below and, if called as a witness, I could and would testify competently thereto.

2. On August 29, 2007, I sent counsel for Plaintiff Violetta Ettare ("Plaintiff" or "Dr. Ettare"), Christopher Cooke of Cooke Kobrick & Wu LLP, an email requesting that Plaintiff stipulate to a joint arbitration with all Defendants and stating that Mr. Baratta and TBIG intended to join in any motion to compel filed by Wachovia and Mr. Wieland. I copied counsel for Wachovia and Mr. Wieland, Terry Ross of Keesal, Young & Logan, on my August 29, 2007 email correspondence.

3. On September 6, 2007, counsel for all parties engaged in multiple email exchanges wherein I joined counsel for the Wachovia Defendants requesting Plaintiff stipulate to binding arbitration, while Mr. Cooke stated his client would not agree to have the case referred to arbitration.

4. On February 14, 2008, Audette Paul Morales, counsel for the Wachovia Defendants, sent an email to Mr. Cooke, on behalf of all Defendants, again requesting that Plaintiff stipulate to binding arbitration.

5. On February 21, 2008, Mr. Cooke responded to counsel for all Defendants, requesting additional copies of Dr. Ettare's signed account agreements containing arbitration clauses and agreements. Those agreements were provided to Mr. Cooke via email on February 22, 2008.

6. On February 27, 2008, Ms. Morales sent Mr. Cooke a follow up email again requesting Plaintiff's position on stipulating to binding arbitration. I was copied on Ms. Morales's email and followed up with an email to Mr. Cooke asking Plaintiff to agree to

1  arbitration. That same day, Mr. Cooke responded to counsel for all Defendants refusing to
2  stipulate to arbitration, and as of the date of this Declaration, Plaintiff still has not agreed to
3  voluntarily submit this matter to arbitration.

5      I declare under penalty of perjury under the laws of the United States that the foregoing
6  is true and correct, and that this Declaration was executed in San Francisco, California on
7  March 6, 2008.

                                               /s/
                                     GILBERT R. SEROTA

HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN
*A Professional Corporation*