GILBERT R. SEROTA (No. 75305)
Email: gserota@howardrice.com
DIANA C. CAMPBELL MILLER (No. 252055)
Email: dcampbell@howardrice.com
HOWARD RICE NEMEROVSKI CANADY
      FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone: 415/434-1600
Facsimile: 415/217-5910

Attorneys for Defendants
JOSEPH E. BARATTA AND TBIG FINANCIAL
SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VIOLETTA ETTARE,<br><br>         Plaintiff,<br><br>    v.<br><br>JOSEPH E. BARATTA, an individual, TBIG FINANCIAL SERVICES, INC., form of business unknown, WACHOVIA SECURITIES, LLC, a Delaware Limited Liability Company, MARK WIELAND, and individual, and DOES 1-25,<br><br>         Defendants. | Case No. C-07-04429-JW<br><br>DECLARATION OF JOSEPH BARATTA IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS<br><br>Date:   May 5, 2008<br>Time:   9:00 A.M.<br>Judge:  Hon. James Ware<br><br>Trial Date:   TBD |

I, JOSEPH E. BARATTA, declare as follows:

1. I am a citizen of the State of Nevada, resident at 756 Lakeshore Boulevard, Incline Village, Nevada. Except where otherwise indicated, I have personal knowledge of the facts stated in this declaration, and as to any facts of which I lack personal knowledge I am informed and believe they are true. If called upon as a witness I could and would testify to the facts stated herein.

2. TBIG Financial Services, Inc. ("TBIG") is a corporation incorporated under the laws of the State of Nevada, having its principal place of business at 756 Lakeshore Boulevard, Incline Village, Nevada. I am a professional money manager and the sole officer and director of TBIG.

3. I have known Plaintiff Dr. Violetta Ettare for approximately fifteen years. Dr. Ettare has been a close friend of my sister-in-law for approximately twenty years.

4. In 2001, Dr. Ettare's husband died and she informed me that that she was the beneficiary of a one million dollar life insurance policy. She asked me to manage her account. I was not taking new clients in 2001, but in consideration for my friendship with Dr. Ettare, I agreed.

5. In order to establish an account management relationship with me, Dr. Ettare opened a brokerage account at First Union Securities (the "Account"), which later came to be held at Wachovia Securities, and deposited $900,000.

6. Dr. Ettare gave TBIG and me authorization to act as her agents in connection with the Account, including power to buy and sell securities, and manage the investments in her Account.

7. In or about November 2001, I signed a Third-Party Trading Authorization Form from First Union Securities. A true and correct copy of this Trading Authorization with my signature is attached hereto as Exhibit A.

8. Starting in 2001, and throughout March 2007, TBIG and I acted as Dr. Ettare's agents in connection with her Account, purchasing and selling securities in

1  accordance with Dr. Ettare's objectives and our agreed investment strategy.

2

3      I declare under penalty of perjury under the laws of the United States that the foregoing

4  is true and correct, and that this Declaration was executed in Incline Village, Nevada on

5  March 5, 2008.

            *[signature]*
            JOSEPH E. BARATTA