# EXHIBIT A



**FIRST UNION**

*Securities*

**Third Party Trading Authorization**
**Limited to Purchases and Sales of Securities**

| FA Code | Sub # | Account Number |
|---------|-------|----------------|
| PDA4 | | 3033-5595 |

Account Title: *Violetta Ettare*

First Union Securities and First Clearing Corporation:

The undersigned (hereinafter referred to as the "customer" or "I") hereby authorizes *TBIG Financial Services* (whose signature appears below) as his/her agent and attorney ("Authorized Agent") to buy, sell, sell short, tender, exchange, convert, write, exercise or trade in stocks, bonds, option contracts and any other securities on margin or otherwise in accordance with your (hereinafter referred to as "you") terms and conditions for my account and risk and in my name or account number on your books. I hereby agree to indemnify and hold you harmless from, and to pay you promptly on demand, any and all losses arising therefrom or debit balances due thereon.

In all such purchases, sales or trades you are authorized to follow the instructions of the aforesaid agent in every respect concerning my account with you; and except as herein otherwise provided, he is authorized to act for me in the same manner and with the same force and effect as I might or could do with respect to such purchases, sales or trades. The aforesaid agent is **not** authorized to instruct withdrawal of funds or securities from my account, nor does he/she have power of endorsement.

I hereby ratify and confirm any and all transactions with you heretofore or hereafter made by the aforesaid agent on my behalf or on the behalf of my account with you.

This authorization and indemnity is in addition to (and in no way limits or restricts) any rights which you may have under any other agreement(s) between us.

This authorization and indemnity is also a continuing one and shall remain in full force and effect until revoked by the undersigned by a written notice addressed to you and delivered to your principal office in Richmond, Virginia, but such revocation shall not affect any liability in any way resulting from transactions initiated prior to your receipt of such revocation. In case of death of the undersigned this authorization shall continue and you shall not be responsible for any action taken on the basis of this authorization until you have received written notice of death addressed to you and delivered to your principal office.

This authorization and indemnity shall enure to the benefit of your present firm and of any successor firm or firms irrespective of any change or changes at any time in the membership thereof for any cause whatsoever, and of the assigns of your present firm or any successor firm.

Over, please

First Union Securities is the trade name under which First Union Corporation provides brokerage services through two registered broker/dealers: First Union Securities, Inc., member NYSE/SIPC, and First Union Securities Financial Network, Inc., member NASD/SIPC. Accounts carried by First Clearing Corporation, member NYSE/SIPC.

0000 556426 (Rev 02) Page 1 of 2



**FIRST UNION®**
*Securities*

**Third Party Trading Authorization**
**Limited to Purchases and Sales of Securities**

| FA Code | Sub # | Account Number |
|---|---|---|
| PDA4 | | 3033-5595 |

If any provision of this authorization and indemnity shall be rendered invalid for any reason, the provisions of this agreement so affected shall be deemed modified or superseded, as the case may be, and all other provisions, and the provisions so modified or superseded shall in all respects continue and be in full force and effect.

**This Power of Attorney shall not terminate in the event of my disability or incapacity.**

The undersigned has read the foregoing in its entirety before signing.

Very Truly Yours,

DATE _____11-17-01_____    X _____

_____    X _____
(City)          (State)                     (If Joint)

State _____
County _____

Subscribed and sworn to before me

This _17th_ Day of _Nov_ Year _2001_

_____
(Signature of Official Administering Oath)

> Notarial Seal
> Regina M. Hart, Notary Public
> Conshohocken Boro, Montgomery County
> My Commission Expires Aug. 23, 2004
> Member, Pennsylvania Association of Notaries

My Commission Expires _____

**INFORMATION ON AUTHORIZED AGENT:**

Name _TBJG Financial Svcs/Joe Barata_    Occupation _MONEY MANAGER_

Relationship to Customer _Client_

Reason for Trading Authorization _Client_

Agent's Home Address _PO Box 8746 Incline Village_    Phone _650-947-0944_

Agent's Business Address _Same_    Phone _____

If agent is a First Union Securities customer, list account number _1317 8153_

_____    _____
Signature of Authorized Agent          Approved: Branch Manager