1  GILBERT R. SEROTA (No. 75305)
   Email: gserota@howardrice.com
2  DIANA C. CAMPBELL MILLER (No. 252055)
   Email: dcampbell@howardrice.com
3  HOWARD RICE NEMEROVSKI CANADY
        FALK & RABKIN
4  A Professional Corporation
   Three Embarcadero Center, 7th Floor
5  San Francisco, California 94111-4024
   Telephone:  415/434-1600
6  Facsimile:  415/217-5910

7  Attorneys for Defendants
   JOSEPH E. BARATTA AND TBIG FINANCIAL
8  SERVICES, INC.

9

10                 UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12

13                        SAN JOSE DIVISION

14

15

16  VIOLETTA ETTARE,                  Case No. C-07-04429-JW

17         Plaintiff,                 [PROPOSED] ORDER GRANTING
                                      DEFENDANTS JOSEPH E. BARATTA,
18    v.                              AND TBIG FINANCIAL SERVICES,
                                      INC.'S JOINDER IN MOTION TO
19  JOSEPH E. BARATTA, an individual, TBIG   COMPEL ARBITRATION AND STAY
    FINANCIAL SERVICES, INC., form of PROCEEDINGS
20  business unknown, WACHOVIA
    SECURITIES, LLC, a Delaware Limited
21  Liability Company, MARK WIELAND, and
    individual, and DOES 1-25,        Date:  May 5, 2008
22                                    Time:  9:00 A.M.
           Defendants.                Judge: Hon. James Ware
23
                                      Trial Date:  TBD
24

25

26

27

28

DEFTS BARATTA AND TBIG FINANCIAL SERVICES, INC.'S PROPOSED ORDER    07-04429 JW

On Monday, May 5, 2008, at 9:00 a.m., Defendants JOSEPH E. BARATTA, and TBIG FINANCIAL SERVICES, INC. (collectively, "TBIG Defendants") Joinder in the Motion to Compel Arbitration and Stay Proceedings of Defendants WACHOVIA SECURITIES, LLC, and MARK WIELAND (the "Motion") came on hearing before this Court.

Having considered the papers filed in support of and in opposition to Defendants' Motion and Joinder in Motion and the arguments of the parties, this Court hereby rules as follows:

Pursuant to the evidence presented to the Court and prevailing law, Plaintiff shall submit all claims against all Defendants to binding arbitration before the Financial Industry Regulatory Authority ("FINRA").

Further, the entire Federal Court action shall be stayed pending arbitration proceedings pursuant to the Federal Arbitration Act, 9 U.S.C. §3. This Court shall retain personal and subject matter jurisdiction to enforce the terms of the arbitration agreement and to confirm, correct or vacate any arbitration award rendered.

IT IS SO ORDERED.

DATED: _____, 2008            _____
                                         JUDGE JAMES WARE