GILBERT R. SEROTA (No. 75305)
Email: gserota@howardrice.com
DIANA C. CAMPBELL MILLER (No. 252055)
Email: dcampbell@howardrice.com
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone:  415/434-1600
Facsimile:  415/217-5910

Attorneys for Defendants
JOSEPH E. BARATTA AND TBIG
FINANCIAL SERVICES, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| VIOLETTA ETTARE, <br><br> Plaintiff, <br><br> v. <br><br> JOSEPH E. BARATTA, an individual, TBIG FINANCIAL SERVICES, INC., form of business unknown, WACHOVIA SECURITIES, LLC, a Delaware Limited Liability Company, MARK WIELAND, and individual, and DOES 1-25, <br><br> Defendant. | Case No. 5:07-cv-04429-JW <br><br> DEFENDANTS JOSEPH E. BARATTA AND TBIG FINANCIAL SERVICES, INC.'S NOTICE OF INTERESTED PARTIES (FRCP 7.1) |

NOTICE OF INTERESTED PARTIES (FRCP 7.1)

Pursuant to Civil L.R. 3-16, the undersigned, counsel of record for Defendants Joseph E. Baratta and TBIG Financial Services, Inc., certifies that the following listed party may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Sandra Baratta: wife of Defendant Joseph E. Baratta.

DATED: March 6, 2008

Respectfully,

GILBERT R. SEROTA
DIANA C. CAMPBELL MILLER
HOWARD RICE NEMEROVSKI CANADY
   FALK & RABKIN
A Professional Corporation

By: _____/s/_____
         GILBERT R. SEROTA

Attorneys for Defendants JOSEPH E. BARATTA AND TBIG FINANCIAL SERVICES, INC.