UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

VIOLETTA ETTARE,
    Plaintiff(s),

v.

JOSEPH E. BARATTA, et al.,
    Defendant(s).

CASE NO. C-07-04429 JW (PVT)

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

☒ have not yet reached an agreement to an ADR process
☐ request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference 3/24/2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Christopher C. Cooke | Violetta Ettare | (650) 638-2370 | ccooke@ckwlaw.com |
| Gilbert Serota | Joseph E. Baratta and TBIG Financial Services, Inc. | (415) 434-1600 | gserota@howardrice.com |
| Terry Ross | Wachovia Securities, LLC and Mark Wieland | (562) 436-2000 | terry.ross@kyl.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 3/12/2008

Attorney for Plaintiff
Violetta Ettare

Dated: 03/12/2008

_____
Diana Campbell
Attorney for Defendants
TBIG Financial Services and
Joseph Baratta

Dated: 3-12-08

_____
Attorney for Defendants
Wachovia Securities LLC
and Mark Wieland