1  CHRISTOPHER C. COOKE, ESQ. (#142342)
   STEPHEN S. WU, ESQ. (#205091)
2  **COOKE KOBRICK & WU LLP**
   177 Bovet Road, Suite 600
3  San Mateo, CA 94402
4  Telephone: (650) 638-2370
   Facsimile: (650) 341-1395
5
   Attorneys for Plaintiff
6  VIOLETTA ETTARE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIOLETTA ETTARE,<br><br>   Plaintiff,<br><br> v.<br><br>JOSEPH E. BARATTA, an individual, TBIG FINANCIAL SERVICES, INC., form of business unknown, WACHOVIA SECURITIES, LLC, a Delaware Limited Liability Company, MARK WIELAND, an individual, and DOES 1-25,<br><br>   Defendants. | CASE NO.: 5:07-CV-04429-PVT<br>(Unlimited Civil)<br><br>**PLAINTIFF'S CERTIFICATION AS TO INTERESTED PARTIES (LOCAL RULE 3-16)** |

-1-
**CERTIFICATE OF INTERESTED PARTIES/CASE NO. 5:07-CV-04429-PVT**

Through her undersigned counsel, plaintiff VIOLETTA ETTARE, pursuant to Local Rule 3-16, certifies that the following persons, firms, partnerships, corporations and other entities have (i) a financial interest in the subject matter in controversy or in a party to the proceeding or (ii) have a non-financial interest in the subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Violetta Ettare—Plaintiff;
2. Joseph E. Barrata—Defendant;
3. TBIG Financial Services Inc.—Defendant
4. Wachovia Securities LLC ("Wachovia Securities") —Defendant
5. Wachovia Securities Financial Holdings LLC ("WSFH") —100 percent owner of defendant Wachovia Securities;
6. Prudential Securities Group, Inc. ("Prudential Securities") —38 percent owner of WSFH.
7. Wachovia Securities Holdings LLC ("WSH") —62 percent owner of WSFH.
8. Everen Capital Corporation —100 percent owner of WSH.
9. Mark Wieland —Defendant.

Date:  March 12, 2008            COOKE KOBRICK & WU LLP

By /s/ _____
    CHRISTOPHER COOKE
    Attorneys for Plaintiff
    VIOLETTA ETTARE