TERRY ROSS, CASB No. 58171
terry.ross@kyl.com
AUDETTE PAUL MORALES, CASB No. 216631
audette.morales@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
400 Oceangate, P.O. Box 1730
Long Beach, California  90801-1730
Telephone:  (562) 436-2000
Facsimile:  (562) 436-7416

Attorneys for Defendants
WACHOVIA SECURITIES, LLC and MARK WIELAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VIOLETTA ETTARE,<br><br>         Plaintiff,<br><br>vs.<br><br>JOSEPH E. BARATTA, an individual, TBIG FINANCIAL SERVICES, INC., form of business unknown, WACHOVIA SECURITIES, LLC, a Delaware Limited Liability Company, MARK WIELAND, an individual, and DOES 1-25,<br><br>         Defendants. | Case No. C-07-04429-JW (PVT)<br><br>**ADR CERTIFICATION BY DEFENDANTS WACHOVIA SECURITIES, LLC AND MARK WIELAND AND COUNSEL** |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

(1)   Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the court's ADR Internet site www.adr.cand.uscourts.gov;

(2)   Discussed the available dispute resolution options provided by the Court and private entities; and

- 1 -

(3)  Considered whether this case might benefit from any of the available dispute resolution options.

DATED: March 11, 2008

_____
TERRY ROSS
AUDETTE PAUL MORALES
KEESAL, YOUNG & LOGAN
Attorneys for Defendants
WACHOVIA SECURITIES, LLC and
MARK WIELAND

DATED: March ___, 2008

_____
CARLOS RICCA, ESQ.
Senior Vice President
Senior Litigation Counsel
Legal Division
WACHOVIA SECURITIES, LLC
DEFENDANT

DATED: March ___, 2008

_____
MARK WIELAND
DEFENDANT

1   (3)   Considered whether this case might benefit from any of the available
2   dispute resolution options.
3
4   DATED: March ___, 2008
5                                   _____
                                    TERRY ROSS
                                    AUDETTE PAUL MORALES
6                                   KEESAL, YOUNG & LOGAN
                                    Attorneys for Defendants
7                                   WACHOVIA SECURITIES, LLC and
                                    MARK WIELAND
8
9
                                    _____
10  DATED: March 14, 2008           CARLOS RICCA, ESQ.
                                    Senior Vice President
11                                  Senior Litigation Counsel
                                    Legal Division
12                                  WACHOVIA SECURITIES, LLC
                                    DEFENDANT
13
14
15  DATED: March ___, 2008
                                    _____
16                                  MARK WIELAND
                                    DEFENDANT
17
18
19
20
21
22
23
24
25
26
27
28

- 2 -                                                              KYL_LB1136685

ADR CERTIFICATION BY DEFENDANTS WACHOVIA SECURITIES, LLC AND MARK WIELAND
AND COUNSEL – Case No. C-07-04429-JW (PVT)

1  (3)  Considered whether this case might benefit from any of the available
2  dispute resolution options.
3
4  DATED: March ___, 2008
5  _____
   TERRY ROSS
   AUDETTE PAUL MORALES
6  KEESAL, YOUNG & LOGAN
   Attorneys for Defendants
7  WACHOVIA SECURITIES, LLC and
   MARK WIELAND
8
9
10 DATED: March ___, 2008
   _____
11 CARLOS RICCA, ESQ.
   Senior Vice President
   Senior Litigation Counsel
12 Legal Division
   WACHOVIA SECURITIES, LLC
13 DEFENDANT
14
15 DATED: March 12, 2008
   _____/s/_____
16 MARK WIELAND
   DEFENDANT
17
18
19
20
21
22
23
24
25
26
27
28

- 2 -
ADR CERTIFICATION BY DEFENDANTS WACHOVIA SECURITIES, LLC AND MARK WIELAND
AND COUNSEL – Case No. C-07-04429-JW (PVT)

KYL_LB1136685