GILBERT R. SEROTA (No. 75305)
Email: gserota@howardrice.com
DIANA C. CAMPBELL MILLER (No. 252055)
Email: dcampbell@howardrice.com
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone:  415/434-1600
Facsimile:  415/217-5910

Attorneys for Defendants
JOSEPH E. BARATTA AND TBIG FINANCIAL
SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VIOLETTA ETTARE,<br><br>            Plaintiff,<br><br>     v.<br><br>JOSEPH E. BARATTA, an individual, TBIG FINANCIAL SERVICES, INC., form of business unknown, WACHOVIA SECURITIES, LLC, a Delaware Limited Liability Company, MARK WIELAND, and individual, and DOES 1-25,<br><br>            Defendants. | Case No. 5:07-cv-04429-JW<br><br>ADR CERTIFICATION BY DEFENDANTS  JOSEPH E. BARATTA AND TBIG FINANCIAL SERVICES, INC. AND COUNSEL |

1  Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies
2  that he or she has:
3  (1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern*
4  *District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov;
5  (2) Discussed the available dispute resolution options provided by the Court and private
6  entities; and
7  (3) Considered whether this case might benefit from any of the available dispute
8  resolution options.

DATED: March 13, 2008      By: /s/ Joseph E. Baratta
                                JOSEPH BARATTA

On behalf of himself and on behalf of Defendant
TBIG FINANCIAL SERVICES, INC.

DATED: March 13, 2008      By: /s/ Diana Campbell
                                DIANA CAMPBELL MILLER

Attorneys for Defendants JOSEPH E. BARATTA
AND TBIG FINANCIAL SERVICES, INC.

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
*A Professional Corporation*