UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

VIOLETTA ETTARE,
          Plaintiff(s),

v.

JOSEPH E. BARATTA, et al.,
          Defendant(s).

Case No. C-07-04429 JW (PVT)

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: _____

Dated: 3/13/2008

[Party]
Violetta Ettare

[Counsel]
Christopher C. Cooke

American LegalNet, Inc.
www.USCourtForms.com

Rev. 12/05

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

VIOLETTA ETTARE,
　　　　　　　Plaintiff
　　　　　　　　　　　　　　　　R

　　(s)

JOSEPH E. BARATTA, e
　　　　　　　Defen　　　TA

).Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he o

r she has:(1) Read the handbook entitled *"Dispute Resolution Procedures in the Norther n District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limit ed printed copies are available from the clerk's office for parties in cases not subject to t he court's Electronic Case Filing program (ECF) under General*

*Order 45);*(2) Discussed the available dispute resolution options provided by the Court a nd private ent

ities; and(3) Considered whether this case might benefit from any of the availab le dispute resolutio

tions
.　　　Dat  3/13/08

Ettar
e　　　Da

ed: *[signature]*
[Party]Violetta Ettare

ted:
[Counsel]Christophe