**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Violetta Ettare, | NO. C 07-04429 JW |
| Plaintiff, | **ORDER TERMINATING DOCKET ITEM NO. 4** |
| v. | |
| Joseph E. Baratta, et al., | |
| Defendants. | |

Docket Item No. 4 appears as a "Motion for Joinder in Notice of Filing of Removal of Action Pursuant to 28 U.S.C. 1332(a) and (b) by Defendants Joseph Baratta, TBig Financial Services, Inc." This joinder in notice was erroneously filed as a motion since such a joinder need no further Court action. Accordingly, the Court ORDERS Docket Item No. 4 terminated.

Dated: March 17, 2008

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Audette Paul Morales audette.morales@kyl.com
Christopher Charles Cooke ccooke@ckwlaw.com
Gilbert Ross Serota gserota@hrice.com
Stephen S. Wu swu@ckwlaw.com

**Dated: March 17, 2008**                                   **Richard W. Wieking, Clerk**

                                                            **By:   /s/ JW Chambers            **
                                                                **Elizabeth Garcia**
                                                                **Courtroom Deputy**

**United States District Court**
For the Northern District of California