**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Violette Ettare, | NO. C 07-04429 JW |
|         Plaintiff,<br>  v. | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| Joseph Baratta, et al., | |
|         Defendants.<br>_____/ | |

The Court continues the case management conference currently scheduled for March 24, 2008 to **Monday, May 5, 2008 at 10 a.m.** to coincide with the hearing on Defendants' motion to compel arbitration. Please note that the hearing is held at the 9 a.m. calendar and the conference is held at the 10 a.m. calendar.

Dated: March 18, 2008

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Audette Paul Morales audette.morales@kyl.com
Christopher Charles Cooke ccooke@ckwlaw.com
Diana Calhoun Campbell Miller dcampbell@howardrice.com
Gilbert Ross Serota gserota@hrice.com
Paul Terrance Ross terry.ross@kyl.com
Stephen S. Wu swu@ckwlaw.com

**Dated:  March 18, 2008**                                  **Richard W. Wieking, Clerk**

                                                             **By:    /s/ JW Chambers**
                                                                    **Elizabeth Garcia**
                                                                    **Courtroom Deputy**