CHRISTOPHER C. COOKE, ESQ. (#142342)
STEPHEN S. WU, ESQ. (#205091)
COOKE KOBRICK & WU LLP
177 Bovet Road, Suite 600
San Mateo, CA 94402
Telephone: (650) 638-2370
Facsimile: (650) 341-1395

Attorneys for Plaintiff
VIOLETTA ETTARE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIOLETTA ETTARE,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH E. BARATTA, an individual, TBIG FINANCIAL SERVICES, INC., form of business unknown, WACHOVIA SECURITIES, LLC, a Delaware Limited Liability Company, MARK WIELAND, an individual, and DOES 1-25,<br><br>Defendants. | CASE NO.: 5:07-CV-04429-JW (PVT)<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON DEFENDANTS' MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS AND CASE MANAGEMENT CONFERENCE** |

WHEREAS, defendants Wachovia Securities LLC, Mark Wieland, Joseph E. Baratta and TBIG Financial Services Inc. have filed motions to compel arbitration on March 6, 2008, that the Court has set for a hearing on Monday, May 5, 2008;

WHEREAS, the Court has also scheduled the parties' case management conference for Monday, May 5, 2008.

WHEREAS plaintiff Violetta Ettare, through her counsel, indicated to defendants before they filed their motion to compel arbitration that plaintiff had concerns about the authenticity and genuineness of the account documentation containing the arbitration agreement and plaintiff had requested that defendants provide the originals of all such documentation to her counsel for

-1-
STIP RE AND PROPOSED ORDER RE HRG MOT TO COMPEL ARB/CASE NO. 5:07-CV-04429-JW (PVT)

1  inspection and review;

2  WHEREAS defendants Wachovia Securities LLC and Wieland recently located the originals of some of the documents requested by plaintiff and have agreed to make such original documents available for inspection by plaintiff and her forensic documents examiner, at Wachovia Securities LLC's counsel's offices in San Francisco, California on April 22, 2008;

WHEREAS, plaintiff has requested, and defendants have agreed, to postpone the hearing, presently set for May 5, 2008, on defendants' motion to compel arbitration, the deadline for plaintiff's opposition to that motion and the deadline for defendants' reply to that motion, so that plaintiff's counsel can inspect the original documentation located by defendants;

WHEREAS, the parties agree that the motion to compel arbitration and the parties' case management conference should therefore be continued to Monday, June 16, 2008 at 9:00 a.m.

NOW, THEREFORE, THE PARTIES, THROUGH THEIR UNDERSIGNED COUNSEL OF RECORD, HEREBY STIPULATE AS FOLLOWS:

1. The Hearing on defendants' motion to compel arbitration and stay proceedings and the parties' Case Management Conference shall be changed from Monday, May 5, 2008 at 9:00 a.m. to Monday, June 16, 2008 at 9:00 a.m.;

2. The parties' opposition and reply briefs shall now be due in accordance with the new June 16, 2008 hearing date and the Court's local rules.

SO STIPULATED.

Date: April 9, 2008

COOKE KOBRICK & WU LLP

BY: _____
CHRISTOPHER COOKE
Attorneys for Plaintiff
VIOLETTA ETTARE

1  Date: April ____, 2008                    KEESAL YOUNG & LOGAN, PC

2

3                                            BY: _____
                                                 TERRY ROSS
4                                                AUDETTE PAUL MORALES
                                                 Attorneys for Defendants
5                                                WACHOVIA SECURITIES LLC and
                                                 MARK WIELAND
6

7
   Date: April 09, 2008                      HOWARD RICE NEMEROVSKI CANADY
8                                            FALK & RABIN, PC

9

10                                           BY: _____
                                                 GILBERT R. SEROTA
11                                               DIANA C. CAMPBELL MILLER
                                                 Attorneys for Defendants
12                                               JOSEPH E. BARATTA and
                                                 TBIG FINANCIAL SERVICES INC.
13

14

15                          [PROPOSED] ORDER

16  Based upon the parties' Stipulation, IT IS SO ORDERED.

17
    Date: April ____, 2008
18                                           BY: _____
                                                 The Hon. James Ware
19                                               UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28

| | | |
|---|---|---|
| 1 | Date: April 9, 2008 | KEESAL YOUNG & LOGAN, PC |
| 2 | | |
| 3 | | BY: /s/ |
| 4 | | TERRY ROSS |
| | | AUDETTE PAUL MORALES |
| | | Attorneys for Defendants |
| 5 | | WACHOVIA SECURITIES LLC and |
| | | MARK WIELAND |
| 6 | | |
| 7 | | |
| | Date: April ___, 2008 | HOWARD RICE NEMEROVSKI CANADY |
| 8 | | FALK & RABIN, PC |

 BY: _____
    GILBERT R. SEROTA
    DIANA C. CAMPBELL MILLER
    Attorneys for Defendants
    JOSEPH E. BARATTA and
    TBIG FINANCIAL SERVICES INC.

**[PROPOSED] ORDER**

Based upon the parties' Stipulation, IT IS SO ORDERED.

Date: April ___, 2008

BY: _____
    The Hon. James Ware
    UNITED STATES DISTRICT JUDGE