CHRISTOPHER C. COOKE, ESQ. (#142342)
STEPHEN S. WU, ESQ. (#205091)
COOKE KOBRICK & WU LLP
177 Bovet Road, Suite 600
San Mateo, CA 94402
Telephone: (650) 638-2370
Facsimile: (650) 341-1395
Email: ccooke@ckwlaw.com
           swu@ckwlaw.com

Attorneys for Plaintiff
VIOLETTA ETTARE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VIOLETTA ETTARE,<br><br>    Plaintiff,<br><br>v.<br><br>JOSEPH E. BARATTA, an individual, TBIG FINANCIAL SERVICES, INC., form of business unknown, WACHOVIA SECURITIES, LLC, a Delaware Limited Liability Company, MARK WIELAND, an individual, and DOES 1-25,<br><br>    Defendants. | CASE NO: C-07-04429-JW (PVT)<br><br>**PLAINTIFF'S STATEMENT OF NON-OPPOSITION TO DEFENDANTS' MOTIONS TO COMPEL ARBITRATION**<br><br>Date:    June 16, 2008<br>Time:   9 a.m.<br>Place:   Judge Ware's Courtroom<br>            Courtroom 8, 4th Floor |

Plaintiff, Violetta Ettare, through her counsel of record, hereby advises the Court and the parties that she will not oppose the motions by defendants Wachovia Securities LLC, Mark Wieland, TBIG Financial Services, Inc. and Joseph E. Baratta to compel arbitration of this dispute

1  before the Financial Industry Regulatory Authority.  Plaintiff intends to submit a Statement of
2  Claim with FINRA this week.

Date:  May 19, 2008                               COOKE KOBRICK & WU LLP

                                                  By  /s/
                                                  _____
                                                  CHRISTOPHER COOKE
                                                  Attorneys for Plaintiff
                                                  VIOLETTA ETTARE