

1  TERRY ROSS, CASB No. 58171
   terry.ross@kyl.com
2  AUDETTE PAUL MORALES, CASB No. 216631
   audette.morales@kyl.com
3  KEESAL, YOUNG & LOGAN
   A Professional Corporation
4  400 Oceangate, P.O. Box 1730
   Long Beach, California  90801-1730
5  Telephone:  (562) 436-2000
   Facsimile:  (562) 436-7416
6
   Attorneys for Defendants
7  WACHOVIA SECURITIES, LLC and MARK WIELAND

8

9            **UNITED STATES DISTRICT COURT**

10          **NORTHERN DISTRICT OF CALIFORNIA**

11

12  VIOLETTA ETTARE,                    )  Case No.: C 07 4429 JW (PVT)
                                        )
13                        Plaintiff,    )
                                        )  **STIPULATION FOR BINDING**
14        vs.                           )  **ARBITRATION BEFORE FINRA AND**
                                        )  **TO STAY PROCEEDINGS PENDING**
15  JOSEPH E. BARATTA, an individual,   )  **COMPLETION OF ARBITRATION**
    TBIG FINANCIAL SERVICES, INC., form )
16  of business unknown, WACHOVIA       )
    SECURITIES, LLC, a Delaware Limited )
17  Liability Company, MARK WIELAND, an )
    individual, and DOES 1-25,          )
18                                      )
                                        )
19                        Defendants.   )
                                        )
20  _____)

21        WHEREAS, Defendants JOSEPH E. BARATTA, TBIG FINANCIAL

22  SERVICES, INC., WACHOVIA SECURITIES, LLC, and MARK WIELAND (collectively,

23  "Defendants") filed motions to compel arbitration and stay the District Court

24  Proceedings (the "Motions to Compel") with this Court on March 6, 2008;

25        WHEREAS, Plaintiff VIOLETTA ETTARE filed a Statement of Non-

26  Opposition to Defendants' Motions to Compel on May 19, 2008;

27        WHEREAS, the Motions to Compel are set to be heard in this Court on

28  June 16, 2008;

                              - 1 -                    KYL_LB1148635v2

1    WHEREAS, a Case Management Conference is also currently scheduled for

2    June 16, 2008, before this Court;

3    IT IS HEREBY STIPULATED by and between Plaintiff and Defendants,

4    through their respective counsel of record, that:

5    1.    Plaintiff will submit any and all claims against Defendants to

6    binding arbitration before the Financial Industry Regulatory Authority ("FINRA") and

7    arbitrate the dispute pursuant to the Arbitration Rules of FINRA;

8    2.    All defendants agree to submit Plaintiff's claims against them, and

9    any claims they have against Plaintiff, to binding FINRA arbitration and to arbitrate

10   the dispute pursuant to the Arbitration Rules of FINRA.

11   3.    The Case Management Conference set for June 16, 2008 will be

12   cancelled; and

13   4.    The entire District Court action shall be stayed  pursuant to 9 U.S.C.

14   § 3.

15   IT IS SO STIPULATED.

16

17   DATED:  June  4      , 2008

18   _____
     CHRISTOPHER C. COOKE

19   STEPHEN S. WU
     COOKE KOBRICK & WU LLP

20   Attorneys for Plaintiff
     VIOLETTA ETTARE

21

22

23   DATED: _____, 2008

     _____
24   GILBERT R. SEROTA
     DIANA CAMPBELL MILLER

25   HOWARD RICE NEMEROVSKI CANADY
     FALK & RABKIN

26   Attorneys for Defendants
     JOSEPH E. BARATTA and TBIG

27   FINANCIAL SERVICES, INC.

28   [SIGNATURES CONTINUED ON NEXT PAGE]

KYL_LB1148635v2

STIPULATION FOR BINDING ARBITRATION BEFORE FINRA AND TO STAY PROCEEDINGS
PENDING COMPLETION OF ARBITRATION – Case No.: C 07 4429 JW (PVT)

1    WHEREAS, a Case Management Conference is also currently scheduled for

2  June 16, 2008, before this Court;

3    IT IS HEREBY STIPULATED by and between Plaintiff and Defendants,

4  through their respective counsel of record, that:

5    1.    Plaintiff will submit any and all claims against Defendants to binding

6  arbitration before the Financial Industry Regulatory Authority ("FINRA") and arbitrate the

7  dispute pursuant to the Arbitration Rules of FINRA;

8    2.    All defendants agree to submit Plaintiff's claims against them, and any

9  claims they have against Plaintiff, to binding FINRA arbitration and to arbitrate the dispute

10  pursuant to the Arbitration Rules of FINRA.

11    3.    The Case Management Conference set for June 16, 2008 will be

12  cancelled; and

13    4.    The entire District Court action shall be stayed  pursuant to 9 U.S.C. § 3.

14    IT IS SO STIPULATED.

15

16  DATED: _____, 2008

17                                              CHRISTOPHER C. COOKE
                                                STEPHEN S. WU
18                                              COOKE KOBRICK & WU LLP
                                                Attorneys for Plaintiff
19                                              VIOLETTA ETTARE

20

21  DATED: _____, 2008

22                                              GILBERT R. SEROTA
                                                DIANA CAMPBELL MILLER
23                                              HOWARD RICE NEMEROVSKI CANADY
                                                FALK & RABKIN
24                                              Attorneys for Defendants
                                                JOSEPH E. BARATTA and TBIG FINANCIAL
25                                              SERVICES, INC.

26                    [SIGNATURES CONTINUED ON NEXT PAGE]

27

28

KYL_LB1148635v2

STIPULATION FOR BINDING ARBITRATION BEFORE FINRA AND TO STAY PROCEEDINGS PENDING
COMPLETION OF ARBITRATION – Case No.: C 07 4429 JW (PVT)

1

2

3    DATED: ⎽June 5⎽, 2008

4                                    TERRY ROSS
                                     AUDETTE PAUL MORALES
5                                    KEESAL, YOUNG & LOGAN
                                     Attorneys for Defendants
6                                    WACHOVIA SECURITIES, LLC and
                                     MARK WIELAND
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

KYL_LB1148635v2

STIPULATION FOR BINDING ARBITRATION BEFORE FINRA AND TO STAY PROCEEDINGS
PENDING COMPLETION OF ARBITRATION – Case No.: C 07 4429 JW (PVT)