TERRY ROSS, CASB No. 58171
terry.ross@kyl.com
AUDETTE PAUL MORALES, CASB No. 216631
audette.morales@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
400 Oceangate, P.O. Box 1730
Long Beach, California 90801-1730
Telephone: (562) 436-2000
Facsimile: (562) 436-7416

Attorneys for Defendants
WACHOVIA SECURITIES, LLC and MARK WIELAND

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIOLETTA ETTARE,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JOSEPH E. BARATTA, an individual, TBIG FINANCIAL SERVICES, INC., form of business unknown, WACHOVIA SECURITIES, LLC, a Delaware Limited Liability Company, MARK WIELAND, an individual, and DOES 1-25,<br><br>　　　　Defendants. | Case No.: C 07 4429 JW (PVT)<br><br>**[PROPOSED] ORDER COMPELLING ARBITRATION BEFORE FINRA AND STAYING DISTRICT COURT PROCEEDINGS PENDING COMPLETION OF ARBITRATION PURSUANT TO 9 U.S.C. § 3** |

　　　　Based on the stipulation between Plaintiff VIOLETTA ETTARE ("Plaintiff") and Defendants, JOSEPH E. BARATTA, TBIG FINANCIAL SERVICES, INC., WACHOVIA SECURITIES, LLC, and MARK WIELAND (collectively "Defendants"), through their respective counsel of record, and good cause appearing,

　　　　IT IS HEREBY ORDERED that:

　　　　1.　　Plaintiff will submit any and all claims against Defendants to

binding arbitration before the Financial Industry Regulatory Authority ("FINRA") and arbitrate the dispute pursuant to the Arbitration Rules of FINRA;

    2. All defendants agree to submit Plaintiff's claims against them, and any claims they have against Plaintiff, to binding FINRA arbitration and to arbitrate the dispute pursuant to the Arbitration Rules of FINRA;

    3. The Case Management Conference set for June 16, 2008 will be cancelled; and

    4. The entire District Court action shall be stayed pursuant to 9 U.S.C. § 3.

IT IS SO ORDERED.

_____
HONORABLE JAMES WARE
UNITED STATES DISTRICT COURT JUDGE