

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*

1  TERRY ROSS, CASB No. 58171
   terry.ross@kyl.com
2  AUDETTE PAUL MORALES, CASB No. 216631
   audette.morales@kyl.com
3  KEESAL, YOUNG & LOGAN
   A Professional Corporation
4  400 Oceangate, P.O. Box 1730
   Long Beach, California  90801-1730
5  Telephone:   (562) 436-2000
   Facsimile:    (562) 436-7416
6
   Attorneys for Defendants
7  WACHOVIA SECURITIES, LLC and MARK WIELAND

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIOLETTA ETTARE,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>JOSEPH E. BARATTA, an individual, TBIG FINANCIAL SERVICES, INC., form of business unknown, WACHOVIA SECURITIES, LLC, a Delaware Limited Liability Company, MARK WIELAND, an individual, and DOES 1-25,<br><br>　　　　　Defendants. | Case No.: C 07 4429 JW (PVT)<br><br>[~~PROPOSED~~] ORDER COMPELLING ARBITRATION BEFORE FINRA AND STAYING DISTRICT COURT PROCEEDINGS PENDING COMPLETION OF ARBITRATION PURSUANT TO 9 U.S.C. § 3 |

　　　Based on the stipulation between Plaintiff VIOLETTA ETTARE ("Plaintiff") and Defendants, JOSEPH E. BARATTA, TBIG FINANCIAL SERVICES, INC., WACHOVIA SECURITIES, LLC, and MARK WIELAND (collectively "Defendants"), through their respective counsel of record, and good cause appearing,

　　　IT IS HEREBY ORDERED that:

　　　1.　　Plaintiff will submit any and all claims against Defendants to

binding arbitration before the Financial Industry Regulatory Authority ("FINRA") and arbitrate the dispute pursuant to the Arbitration Rules of FINRA;

    2.    All defendants agree to submit Plaintiff's claims against them, and any claims they have against Plaintiff, to binding FINRA arbitration and to arbitrate the dispute pursuant to the Arbitration Rules of FINRA;

    3.    The Case Management Conference set for June 16, 2008 is VACATED.  Further, Defendant's Motion to Compel Arbitration and Stay Proceedings is DENIED as moot; and

    4.    The action is stayed pursuant to 9 U.S.C., Section 3.  The Clerk shall administratively close this case.  On or before **August 11, 2008**, the parties shall file a Joint Status Report to update the Court on their arbitration efforts.

Dated:  June 11, 2008                    _____
                                            JAMES WARE
                                            United States District Judge