CHRISTOPHER C. COOKE, ESQ. (#142342)
STEPHEN S. WU, ESQ. (#205091)
COOKE KOBRICK & WU LLP
177 Bovet Road, Suite 600
San Mateo, CA 94402
Telephone:  (650) 638-2370
Facsimile: (650) 240-0360
Email: ccooke@ckwlaw.com
        swu@ckwlaw.com

Attorneys for Plaintiff
VIOLETTA ETTARE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| VIOLETTA ETTARE,<br><br>           Plaintiff,<br><br>vs.<br><br>JOSEPH E. BARATTA, an individual, TBIG FINANCIAL SERVICES, INC., form of business unknown, WACHOVIA SECURITIES, LLC, a Delaware Limited Liability Company, MARK WIELAND, an individual, and DOES 1-25,<br><br>           Defendants. | Case No.: C-07-4429-JW (PVT)<br><br>**JOINT STATUS REPORT ON ARBITRATION** |

   The parties hereby jointly submit to the Court, through their respective counsel, this Joint Status Report, in response to the Court's Order Compelling Arbitration Before FINRA And Staying District Court Proceedings Pending Completion Of The Arbitration, dated June 11, 2008, which directed the parties to advise the Court as to the status of the parties' arbitration.

On or about June 20, 2008, plaintiff submitted a Statement of Claim to the Financial Industry Regulatory Authority ("FINRA") to initiate the arbitration process. FINRA served the Statement of Claim on the defendants. Under FINRA's Code of Arbitration Procedure, defendants have 45 days in which to submit answers in response to plaintiff's Statement of Claim. Defendants' answers are due on or about September 2, 2008. The arbitration panel and the schedule for the arbitration will be determined after defendants have filed Answers.

DATED: August 11, 2008

/s/
_____
CHRISTOPHER C. COOKE
STEPHEN S. WU
COOKE KOBRICK & WU LLP
Attorneys for Plaintiff
VIOLETTA ETTARE

DATED: August ___, 2008

_____
GILBERT R. SEROTA
DIANA C. CAMPBELL MILLER
HOWARD RICE NEMEROVSKI CANADY
 FALK & RABKIN
Attorneys for Defendants
JOSEPH E. BARATTA and TBIG
FINANCIAL SERVICES, INC.

DATED: August ___, 2008

_____
JUDY LOUIE
WACHOVIA SECURITIES LLC
Attorneys for Defendants
WACHOVIA SECURITIES, LLC and
MARK WIELAND

as to the status of the parties' arbitration.

On or about June 20, 2008, plaintiff submitted a Statement of Claim to the Financial Industry Regulatory Authority ("FINRA") to initiate the arbitration process. FINRA served the Statement of Claim on the defendants. Under FINRA's Code of Arbitration Procedure, defendants have 45 days in which to submit answers in response to plaintiff's Statement of Claim. Defendants' answers are due on or about September 2, 2008. The arbitration panel and the schedule for the arbitration will be determined after defendants have filed Answers.

DATED: August ___, 2008

CHRISTOPHER C. COOKE
STEPHEN S. WU
COOKE KOBRICK & WU LLP
Attorneys for Plaintiff
VIOLETTA ETTARE

DATED: August 7th, 2008

GILBERT R. SEROTA
DIANA C. CAMPBELL MILLER
HOWARD RICE NEMEROVSKI CANADY
   FALK & RABKIN
Attorneys for Defendants
JOSEPH E. BARATTA and TBIG
FINANCIAL SERVICES, INC.

DATED: August ___, 2008

JUDY LOUIE
WACHOVIA SECURITIES LLC
Attorneys for Defendants
WACHOVIA SECURITIES, LLC and MARK WIELAND

JOINT STATUS REPORT- Case No.: C-07-4429-JW (PVT)

On or about June 20, 2008, plaintiff submitted a Statement of Claim to the Financial Industry Regulatory Authority ("FINRA") to initiate the arbitration process. FINRA served the Statement of Claim on the defendants. Under FINRA's Code of Arbitration Procedure, defendants have 45 days in which to submit answers in response to plaintiff's Statement of Claim. Defendants' answers are due on or about September 2, 2008. The arbitration panel and the schedule for the arbitration will be determined after defendants have filed Answers.

DATED: August ___, 2008

                                                CHRISTOPHER C. COOKE
STEPHEN S. WU
COOKE KOBRICK & WU LLP
Attorneys for Plaintiff
VIOLETTA ETTARE

DATED: August ___, 2008

                                                GILBERT R. SEROTA
DIANA C. CAMPBELL MILLER
HOWARD RICE NEMEROVSKI CANADY
  FALK & RABKIN
Attorneys for Defendants
JOSEPH E. BARATTA and TBIG
FINANCIAL SERVICES, INC.

DATED: August 8, 2008

                                                JUDY LOUIE
WACHOVIA SECURITIES LLC
Attorneys for Defendants
WACHOVIA SECURITIES, LLC and
MARK WIELAND