CHRISTOPHER C. COOKE, ESQ. (#142342)
STEPHEN S. WU, ESQ. (#205091)
COOKE KOBRICK & WU LLP
177 Bovet Road, Suite 600
San Mateo, CA 94402
Telephone: (650) 638-2370
Facsimile: (650) 240-0360
Email: ccooke@ckwlaw.com
swu@ckwlaw.com

Attorneys for Plaintiff
VIOLETTA ETTARE

*IT IS SO ORDERED*
*Judge James Ware*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| VIOLETTA ETTARE,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>JOSEPH E. BARATTA, an individual, TBIG FINANCIAL SERVICES, INC., form of business unknown, WACHOVIA SECURITIES, LLC, a Delaware Limited Liability Company, MARK WIELAND, an individual, and DOES 1-25,<br><br>　　　　　　Defendants. | Case No.: C-07-4429-JW (PVT)<br><br>**JOINT STATUS REPORT ON ARBITRATION**<br><br>**ORDER REQUIRING SECOND STATUS REPORT ON DECEMBER 12, 2008** |

　　The parties hereby jointly submit to the Court, through their respective counsel, this Joint Status Report, in response to the Court's Order Compelling Arbitration Before FINRA And Staying District Court Proceedings Pending Completion Of The Arbitration, dated June 11, 2008, which directed the parties to advise the Court as to the status of the parties' arbitration.

On or about June 20, 2008, plaintiff submitted a Statement of Claim to the Financial Industry Regulatory Authority ("FINRA") to initiate the arbitration process. FINRA served the Statement of Claim on the defendants. Under FINRA's Code of Arbitration Procedure, defendants have 45 days in which to submit answers in response to plaintiff's Statement of Claim. Defendants' answers are due on or about September 2, 2008. The arbitration panel and the schedule for the arbitration will be determined after defendants have filed Answers.

DATED: August 11, 2008

/s/
_____
CHRISTOPHER C. COOKE
STEPHEN S. WU
COOKE KOBRICK & WU LLP
Attorneys for Plaintiff
VIOLETTA ETTARE

DATED: August ___, 2008

_____
GILBERT R. SEROTA
DIANA C. CAMPBELL MILLER
HOWARD RICE NEMEROVSKI CANADY
 FALK & RABKIN
Attorneys for Defendants
JOSEPH E. BARATTA and TBIG
FINANCIAL SERVICES, INC.

DATED: August ___, 2008

_____
JUDY LOUIE
WACHOVIA SECURITIES LLC
Attorneys for Defendants
WACHOVIA SECURITIES, LLC and
MARK WIELAND

**\*\*\* ORDER \*\*\***
**On or before December 12, 2008, the parties shall file a Second Status Report.**

Dated: August 28, 2008

_____
JAMES WARE
United States District Judge

- 2 -
JOINT STATUS REPORT– Case No.: C-07-4429-JW (PVT)

as to the status of the parties' arbitration.

On or about June 20, 2008, plaintiff submitted a Statement of Claim to the Financial Industry Regulatory Authority ("FINRA") to initiate the arbitration process. FINRA served the Statement of Claim on the defendants. Under FINRA's Code of Arbitration Procedure, defendants have 45 days in which to submit answers in response to plaintiff's Statement of Claim. Defendants' answers are due on or about September 2, 2008. The arbitration panel and the schedule for the arbitration will be determined after defendants have filed Answers.

DATED: August ___, 2008

    CHRISTOPHER C. COOKE
    STEPHEN S. WU
    COOKE KOBRICK & WU LLP
    Attorneys for Plaintiff
    VIOLETTA ETTARE

DATED: August 7th, 2008

    */s/ Diane Campbell*
    GILBERT R. SEROTA
    DIANA C. CAMPBELL MILLER
    HOWARD RICE NEMEROVSKI CANADY
      FALK & RABKIN
    Attorneys for Defendants
    JOSEPH E. BARATTA and TBIG
    FINANCIAL SERVICES, INC.

DATED: August ___, 2008

    JUDY LOUIE
    WACHOVIA SECURITIES LLC
    Attorneys for Defendants
    WACHOVIA SECURITIES, LLC and MARK WIELAND

JOINT STATUS REPORT- Case No.: C-07-4429-JW (PVT)

On or about June 20, 2008, plaintiff submitted a Statement of Claim to the Financial Industry Regulatory Authority ("FINRA") to initiate the arbitration process. FINRA served the Statement of Claim on the defendants. Under FINRA's Code of Arbitration Procedure, defendants have 45 days in which to submit answers in response to plaintiff's Statement of Claim. Defendants' answers are due on or about September 2, 2008. The arbitration panel and the schedule for the arbitration will be determined after defendants have filed Answers.

DATED: August ___, 2008

          CHRISTOPHER C. COOKE
          STEPHEN S. WU
          COOKE KOBRICK & WU LLP
          Attorneys for Plaintiff
          VIOLETTA ETTARE

DATED: August ___, 2008

          GILBERT R. SEROTA
          DIANA C. CAMPBELL MILLER
          HOWARD RICE NEMEROVSKI CANADY
            FALK & RABKIN
          Attorneys for Defendants
          JOSEPH E. BARATTA and TBIG
          FINANCIAL SERVICES, INC.

DATED: August 8, 2008

          JUDY LOUIE
          WACHOVIA SECURITIES LLC
          Attorneys for Defendants
          WACHOVIA SECURITIES, LLC and
          MARK WIELAND