1 | TERRY ROSS, CASB No. 58171
terry.ross@kyl.com
2 | AUDETTE PAUL MORALES, CASB No. 216631
audette.morales@kyl.com
3 | KEESAL, YOUNG & LOGAN
A Professional Corporation
4 | 400 Oceangate, P.O. Box 1730
Long Beach, California 90801-1730
5 | Telephone:(562) 436-2000
Facsimile: (562) 436-7416
6 |
Attorneys for Defendants
7 | WACHOVIA SECURITIES, LLC and MARK WIELAND

8 |

9 | **UNITED STATES DISTRICT COURT**

10 | **NORTHERN DISTRICT OF CALIFORNIA**

11 |

12 | VIOLETTA ETTARE,                              )   Case No.: C 07 4429 JW

13 |                          Plaintiff,            )

14 |              vs.                              )

15 | JOSEPH E. BARATTA, an                         )   **NOTICE OF SUBSTITUTION**
individual, TBIG FINANCIAL                      )   **OF COUNSEL**
16 | SERVICES, INC., form of business            )
unknown, WACHOVIA                               )
17 | SECURITIES, LLC, a Delaware                  )
Limited Liability Company, MARK                 )
18 | WIELAND, an individual, and                   )
DOES 1-25,                                       )
19 |                                              )
20 |                          Defendants.          )

21 |

22 | TO THE COURT AND TO ALL PARTIES AND TO THEIR ATTORNEY(S)

23 | OF RECORD:

24 |

25 | NOTICE IS HEREBY GIVEN that Defendants WACHOVIA

26 | SECURITIES, LLC and MARK WIELAND hereby substitute, as counsel of

27 | record, Judy Louie, Esq. of Wachovia Securities, LLC, in place of the Keesal,

28 | Young & Logan, a Professional Corporation, in defense of the claims raised

- 1 -

KYL_LB1167347

1  in the above-captioned lawsuit.

2        The mailing address and telephone number for Judy Louie, Esq.

3  is as follows:

4        Wachovia Securities, LLC

5        Legal Department WS6306

6        225 S. Lake Avenue, Suite 700
      Pasadena, CA 91101

7        Tel:  (626) 685-4006

8        Fax:  (626) 795-7347
      Email: Judy.louie@wachoviasec.com

9

10        The undersigned consents to the above substitution.

11

12  Dated:  August  15 , 2008      _____

13          WACHOVIA SECURITIES, LLC
        By: Judy Louie, its Senior Vice-President

14

15        The undersigned consents to the above substitution.

16

17  Dated:  _____, 2008      _____

18          MARK WIELAND

19        The undersigned consents to the above substitution.

20

21

22  DATED:  _____, 2008      TERRY ROSS
        AUDETTE PAUL MORALES

23          KEESAL, YOUNG & LOGAN

24

25  //

26  //

27  //

28

                - 2 -        KYL_LB1167347

NOTICE OF SUBSTITUTION

1   in the above-captioned lawsuit.

2           The mailing address and telephone number for Judy Louie, Esq.

3   is as follows:

4           Wachovia Securities, LLC
5           Legal Department WS6306
            225 S. Lake Avenue, Suite 700
6           Pasadena, CA 91101
7           Tel: (626) 685-4006
8           Fax: (626) 795-7347
            Email: Judy.louie@wachoviasec.com
9

10          The undersigned consents to the above substitution.

11

12  Dated: August _____, 2008       _____

13                                  WACHOVIA SECURITIES, LLC
                                    By: Judy Louie, its Senior Vice-President
14

15          The undersigned consents to the above substitution.

16
                                    _____
17  Dated: _8|19_____, 2008
                                    MARK WIELAND
18

19          The undersigned consents to the above substitution.

20
                                    s/Audette Paul Morales
21  DATED: _____, 2008      _____
22                                  TERRY ROSS
                                    AUDETTE PAUL MORALES
23                                  KEESAL, YOUNG & LOGAN

24

25  //
26  //
27  //

28

                                    - 2 -

NOTICE OF SUBSTITUTION

1     The undersigned is duly admitted to practice in the United
2  States District Court, Northern District of California, and accepts the above
3  substitution.

4

5  Dated: _____, 2008

6                                          JUDY LOUIE
                                           WACHOVIA SECURITIES, LLC
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -

KYL_LB1167347

NOTICE OF SUBSTITUTION
OF COUNSEL