1  TERRY ROSS, CASB No. 58171
   terry.ross@kyl.com
2  AUDETTE PAUL MORALES, CASB No. 216631
   audette.morales@kyl.com
3  KEESAL, YOUNG & LOGAN
   A Professional Corporation
4  400 Oceangate, P.O. Box 1730
   Long Beach, California 90801-1730
5  Telephone: (562) 436-2000
   Facsimile: (562) 436-7416
6
   Attorneys for Defendants
7  WACHOVIA SECURITIES, LLC and MARK WIELAND

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

12 | VIOLETTA ETTARE,            ) Case No.: C 07 4429 JW
13 |                             )
   |            Plaintiff,       )
14 |                             )
   |       vs.                   )
15 | JOSEPH E. BARATTA, an       ) NOTICE OF SUBSTITUTION
   | individual, TBIG FINANCIAL  ) OF COUNSEL
16 | SERVICES, INC., form of business )
   | unknown, WACHOVIA           )
17 | SECURITIES, LLC, a Delaware )
   | Limited Liability Company, MARK )
18 | WIELAND, an individual, and )
   | DOES 1-25,                  )
19 |                             )
20 |            Defendants.      )
   |_____)
21

22 TO THE COURT AND TO ALL PARTIES AND TO THEIR ATTORNEY(S)

23 OF RECORD:

24

25        NOTICE IS HEREBY GIVEN that Defendants WACHOVIA

26 SECURITIES, LLC and MARK WIELAND hereby substitute, as counsel of

27 record, Judy Louie, Esq. of Wachovia Securities, LLC, in place of the Keesal,

28 Young & Logan, a Professional Corporation, in defense of the claims raised

| | |
|---|---|
| 1 | in the above-captioned lawsuit. |
| 2 | The mailing address and telephone number for Judy Louie, Esq. |
| 3 | is as follows: |

       Wachovia Securities, LLC
       Legal Department WS6306
       225 S. Lake Avenue, Suite 700
       Pasadena, CA 91101
       Tel: (626) 685-4006
       Fax: (626) 795-7347
       Email: Judy.louie@wachoviasec.com

The undersigned consents to the above substitution.

Dated: August 15, 2008      _[signature]_
                                      WACHOVIA SECURITIES, LLC
                                      By: Judy Louie, its Senior Vice-President

The undersigned consents to the above substitution.

Dated: _____, 2008                                         
                                        MARK WIELAND

The undersigned consents to the above substitution.

DATED: _____, 2008   TERRY ROSS
                                        AUDETTE PAUL MORALES
                                        KEESAL, YOUNG & LOGAN

//
//
//

1  in the above-captioned lawsuit.
2          The mailing address and telephone number for Judy Louie, Esq.
3  is as follows:

4          Wachovia Securities, LLC
5          Legal Department WS6306
6          225 S. Lake Avenue, Suite 700
           Pasadena, CA  91101
7          Tel: (626) 685-4006
8          Fax: (626) 795-7347
           Email: Judy.louie@wachoviasec.com
9

10         The undersigned consents to the above substitution.
11
12  Dated: August ____, 2008          _____
13                                    WACHOVIA SECURITIES, LLC
                                      By: Judy Louie, its Senior Vice-President
14
15         The undersigned consents to the above substitution.
16
17  Dated: 8/19____, 2008             _____
                                      MARK WIELAND
18
19
           The undersigned consents to the above substitution.
20
21                                    s/Audette Paul Morales
22  DATED: _____, 2008         ~~TERRY ROSS~~
                                      AUDETTE PAUL MORALES
23                                    KEESAL, YOUNG & LOGAN
24
25  //
26  //
27  //
28
                                      - 2 -                    KYL_LB1167347
    NOTICE OF SUBSTITUTION

1 | The undersigned is duly admitted to practice in the United
2 | States District Court, Northern District of California, and accepts the above
3 | substitution.
4 |
5 | Dated: 9/15, 2008
6 | JUDY LOUIE
  | WACHOVIA SECURITIES, LLC