```
GRANTED
[signature]
Judge James Ware
Dated: 9/12/2008
```
[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

1  TERRY ROSS, CASB No. 58171
   terry.ross@kyl.com
2  AUDETTE PAUL MORALES, CASB No. 216631
   audette.morales@kyl.com
3  KEESAL, YOUNG & LOGAN
   A Professional Corporation
4  400 Oceangate, P.O. Box 1730
   Long Beach, California 90801-1730
5  Telephone: (562) 436-2000
   Facsimile: (562) 436-7416
6
   Attorneys for Defendants
7  WACHOVIA SECURITIES, LLC and MARK WIELAND

8

9               UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11

12 | VIOLETTA ETTARE,                      ) Case No.: C 07 4429 JW
13 |                   Plaintiff,          )
14 |        vs.                            )
15 | JOSEPH E. BARATTA, an                 ) NOTICE OF SUBSTITUTION
   | individual, TBIG FINANCIAL            ) OF COUNSEL
16 | SERVICES, INC., form of business      )
   | unknown, WACHOVIA                     )
17 | SECURITIES, LLC, a Delaware           )
   | Limited Liability Company, MARK       )
18 | WIELAND, an individual, and           )
   | DOES 1-25,                            )
19 |                                       )
   |                   Defendants.         )
20 | _____

21

22 TO THE COURT AND TO ALL PARTIES AND TO THEIR ATTORNEY(S)

23 OF RECORD:

24

25        NOTICE IS HEREBY GIVEN that Defendants WACHOVIA

26 SECURITIES, LLC and MARK WIELAND hereby substitute, as counsel of

27 record, Judy Louie, Esq. of Wachovia Securities, LLC, in place of the Keesal,

28 Young & Logan, a Professional Corporation, in defense of the claims raised

in the above-captioned lawsuit.

The mailing address and telephone number for Judy Louie, Esq. is as follows:

> Wachovia Securities, LLC
> Legal Department WS6306
> 225 S. Lake Avenue, Suite 700
> Pasadena, CA 91101
> Tel: (626) 685-4006
> Fax: (626) 795-7347
> Email: Judy.louie@wachoviasec.com

The undersigned consents to the above substitution.

Dated: August 15, 2008          _____
                                WACHOVIA SECURITIES, LLC
                                By: Judy Louie, its Senior Vice-President

The undersigned consents to the above substitution.

Dated: _____, 2008       _____
                                 MARK WIELAND

The undersigned consents to the above substitution.

DATED: _____, 2008       TERRY ROSS
                                 AUDETTE PAUL MORALES
                                 KEESAL, YOUNG & LOGAN

//
//
//

1  in the above-captioned lawsuit.
2          The mailing address and telephone number for Judy Louie, Esq.
3  is as follows:

4      Wachovia Securities, LLC
5      Legal Department WS6306
       225 S. Lake Avenue, Suite 700
6      Pasadena, CA  91101
7      Tel: (626) 685-4006
       Fax: (626) 795-7347
8      Email: Judy.louie@wachoviasec.com
9

10         The undersigned consents to the above substitution.
11

12 Dated: August ___, 2008          _____
13                                  WACHOVIA SECURITIES, LLC
                                    By: Judy Louie, its Senior Vice-President
14

15         The undersigned consents to the above substitution.

16
17 Dated: 8\19____, 2008            _____
                                    MARK WIELAND
18

19         The undersigned consents to the above substitution.
20
                                    s/Audette Paul Morales
21 DATED: _____, 2008         _____
22                                  TERRY ROSS
                                    AUDETTE PAUL MORALES
23                                  KEESAL, YOUNG & LOGAN

24

25 //
26 //
27 //
28

                                   - 2 -
NOTICE OF SUBSTITUTION

KYL_LB1167347

1  The undersigned is duly admitted to practice in the United
2  States District Court, Northern District of California, and accepts the above
3  substitution.

5  Dated: 9/15, 2008

JUDY LOUIE
WACHOVIA SECURITIES, LLC