CHRISTOPHER C. COOKE, ESQ. (#142342)
STEPHEN S. WU, ESQ. (#205091)
COOKE KOBRICK & WU LLP
177 Bovet Road, Suite 600
San Mateo, CA 94402
Telephone: (650) 638-2370
Facsimile: (650) 240-0360
Email: ccooke@ckwlaw.com
       swu@ckwlaw.com

Attorneys for Plaintiff
VIOLETTA ETTARE

*IT IS SO ORDERED*
*Judge James Ware*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| VIOLETTA ETTARE,<br><br>          Plaintiff,<br><br>vs.<br><br>JOSEPH E. BARATTA, an individual, TBIG FINANCIAL SERVICES, INC., form of business unknown, WACHOVIA SECURITIES, LLC, a Delaware Limited Liability Company, MARK WIELAND, an individual, and DOES 1-25,<br><br>          Defendants. | Case No.: C-07-4429-JW (PVT)<br><br>**SECOND JOINT STATUS REPORT ON ARBITRATION**<br><br>**ORDER SETTING DEADLINE FOR THIRD STATUS REPORT** |

The parties hereby jointly submit to the Court, through their respective counsel, this Second Joint Status Report, in response to the Court's Order Compelling Arbitration Before FINRA And Staying District Court Proceedings Pending Completion Of The Arbitration, dated June 11, 2008. By order filed on September 4, 2008, the Court directed the parties to submit another report on or before December 12, 2008 regarding

the status of the arbitration. Pursuant to that order, the parties advise as follows:

On or about June 20, 2008, plaintiff submitted a Statement of Claim to the Financial Industry Regulatory Authority ("FINRA") to initiate the arbitration process. In September 2008, defendants answered the statement of claim, defendants Baratta and TBIG Financial Services, Inc. served a counterclaim on plaintiff. In October, plaintiff submitted an answer to the counterclaim. In November, an arbitration panel was selected, and on December 1, the initial prehearing conference was held. The parties and the arbitrators have scheduled the hearing for the arbitration for June 8 through June 12, 2009 in San Francisco.

DATED: December ___, 2008

/S/
_____
CHRISTOPHER C. COOKE
STEPHEN S. WU
COOKE KOBRICK & WU LLP
Attorneys for Plaintiff
VIOLETTA ETTARE

DATED: December ___, 2008

/S/ (By permission)
_____
GILBERT R. SEROTA
DIANA C. CAMPBELL MILLER
HOWARD RICE NEMEROVSKI CANADY
 FALK & RABKIN
Attorneys for Defendants
JOSEPH E. BARATTA and TBIG
FINANCIAL SERVICES, INC.

DATED: Decomber ___, 2008

/S/
_____
JUDY LOUIE
WACHOVIA SECURITIES LLC
Attorneys for Defendants
WACHOVIA SECURITIES, LLC and
MARK WIELAND

**\*\*\* ORDER \*\*\***

In light of the parties' representation, the Court sets another deadline for the parties to file a Third Status Report to update the Court on the progress of arbitration. On or before **June 22, 2009**, the parties shall file their Third Status Report.

Dated: December 16, 2008

_____
JAMES WARE
United States District Judge