CHRISTOPHER C. COOKE, ESQ. (#142342)
STEPHEN S. WU, ESQ. (#205091)
COOKE KOBRICK & WU LLP
177 Bovet Road, Suite 600
San Mateo, CA 94402
Telephone:  (650) 638-2370
Facsimile: (650) 240-0360
Email: ccooke@ckwlaw.com
        swu@ckwlaw.com

Attorneys for Plaintiff
VIOLETTA ETTARE

**IT IS SO ORDERED**
Judge James Ware
7/1/2009

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| VIOLETTA ETTARE,<br><br>               Plaintiff,<br><br>vs.<br><br>JOSEPH E. BARATTA, an individual, TBIG FINANCIAL SERVICES, INC., form of business unknown, WACHOVIA SECURITIES, LLC, a Delaware Limited Liability Company, MARK WIELAND, an individual, and DOES 1-25,<br><br>               Defendants. | Case No.: C-07-4429-JW (PVT)<br><br>**NOTICE OF SETTLEMENT AND REQUEST FOR DISMISSAL OF ACTION** |

    Plaintiff hereby notifies this Court that the parties have reached a settlement, which is now final.

    According to the terms of the parties' settlement, plaintiff hereby requests dismissal of this action with prejudice, with each party to bear his, her or its own costs

and attorneys' fees.

DATED:  June 26, 2009

/S/
_____
CHRISTOPHER C. COOKE
STEPHEN S. WU
COOKE KOBRICK & WU LLP
Attorneys for Plaintiff
VIOLETTA ETTARE

**** **ORDER** *****

The Court terminates all pending deadlines, hearings and motions.  The Clerk shall close this file.

Dated: July 1, 2009

_____
United States District Judge